B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**House Research Institute, a California nonprofit public benefit corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA House Ear Institute** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**95-2127707** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2100 W. 3rd St.**<br>**Los Angeles, CA**<br>ZIP Code **90057** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

Page 2

| | |
|---|---|
| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**House Research Institute, a California nonprofit public benefit corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| | |
|---|---|
| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **House Research Institute, a California nonprofit public benefit corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _*Jon Dalberg*_ (signature)
Signature of Attorney for Debtor(s)
**Jon L.R. Dalberg 128259**
Printed Name of Attorney for Debtor(s)
**Landau Gottfried & Berger LLP**
Firm Name
**1801 Century Park East
Suite 700
Los Angeles, CA 90067**
Address

**(310) 557-0050  Fax: (310) 557-0056**
Telephone Number
_June 11, 2014_            128259
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _*J. Boswell*_ (signature)
Signature of Authorized Individual
**James Boswell**
Printed Name of Authorized Individual
**Chief Executive Officer**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None
    _____

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None
    _____

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None
    _____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None
    _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles _____ , California.

Date:  _6 /11/14_____

James Boswell , Chief Executive Officer
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                           Page 1          F 1015-2.1.STMT.RELATED.CASES

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Central District of California

In re    **House Research Institute, a California nonprofit
public benefit corporation**

Case No. _____

_____ ,
                                    Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 28,000.00 | | |
| B - Personal Property | Yes | 9 | 1,198,151.99 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 19 | | 923,851.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | 1,108,628.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 65 | | | |
| Total Assets | | | 1,226,151.99 | | |
| Total Liabilities | | | | 2,032,480.37 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Central District of California

In re    **House Research Institute, a California nonprofit
public benefit corporation**

Case No. _____

Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **House Research Institute, a California nonprofit**                    Case No. _____
         **public benefit corporation**
                                                    ,
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **8576 Hill Pl.**<br>**White Mountain Lakes #17**<br>**Lot#26**<br>**White Mountain, Arizona** | **Fee simple** | - | **14,000.00** | **0.00** |
| **8576 Hill Pl.**<br>**White Mountain Lakes #17**<br>**Lot#25**<br>**White Mountain, Arizona** | **Fee simple** | - | **14,000.00** | **0.00** |
| **Los Lobos Access Prospect #07-06**<br>**APN. 239-150-16**<br>**Kern County, CA** | **Fee simple** | - | **Unknown** | **0.00** |

|  |  |  |
|---|---:|---|
| Sub-Total > | **28,000.00** | (Total of this page) |
| Total > | **28,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **House Research Institute, a California nonprofit**          Case No. _____
         **public benefit corporation**
                                                    ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty Cash** | - | **1,200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **City National Bank** | - | **28,673.95** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Paintings** **See attached List** | - | **5,250.00** |
| | | **Library of Medical Books.** | - | **Unknown** |
| | | **Miscellaneous Art Sculptures** | - | **Unknown** |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Interests in Life Insurance:** **Account Name: Malcolm Cutler** | - | **0.00** |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **35,123.95** |
|---|---|---|
|  | (Total of this page) | |

__8__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**
       **public benefit corporation**

Case No. _____

_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent from Tenants.** **See Attached List.** **Plus Rent from Tenant - Nesher Technologies, Inc.** **$5,764.00 rent received quarterly.** **100,363.04 + 5764.00 = $106,127.04** | - | 106,127.04 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Interests in Charitable Contribution:** **Frances M. Hussel Charitable Remainder Trust** | - | 50,000.00 |
| | | **Interests in Charitable Contribution:** **Custody Agreement with City National Bank** **Account Name: HEI - Hussell 8% Basic Unitrust** **Last four digits of account number: 6256** | - | 0.00 |
| | | **Interests in Charitable Contribution:** **Levy Annuity Trust** | - | 100,000.00 |

Sub-Total >        256,127.04
(Total of this page)

Sheet __1__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**
      **public benefit corporation**
                                     ,
                                 Debtor

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Interests in Charitable Contribution:**<br>**Custody Agreement with City National Bank**<br>**Account Name: HEI - Levy 6% Annuity Trust** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**House Ear Institute Pooled Income Fund** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**Custody Agreement with City National Bank**<br>**Account Name: HEI - Pooled Income Fund**<br>**Last four digits of account number: 6260** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**Custody Agreement with City National Bank**<br>**Account Name: HEI - Butler 5% Basic Unitrust**<br>**Last four digits of account number: 6250** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**Cooley and Suzanne O. Butler Charitable Trust** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**The Gerber-Stephens Charitable Remainder**<br>**Unitrust** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**Custody Agreement with City National Bank**<br>**Account Name: HEI - Gerber-Stephens 8% Basic**<br>**Unitrust**<br>**Last four digits of account number: 6253** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**Betty Jeane Holton Charitable Remainder Unitrust** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**Custody Agreement with City National Bank**<br>**Account Name: HEI - Holton 6% Basic Unitrust**<br>**Last four digits of account number: 6254** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>Sandra J. Brodie<br>**Charitable Contribution: Trust - Irrevocable** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**Charlotte F. Patterson**<br>**Charitable Contribution: Trust - Irrevocable** | - | **0.00** |
| | | **Interests in Charitable Contribution:**<br>**Jane K. Borrmann**<br>**Charitable Contribution: Trust - Irrevocable** | - | **0.00** |

Sub-Total >        **0.00**
(Total of this page)

Sheet __2__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit**
        **public benefit corporation**                                      Case No. _____

                                                      _____,
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Interests in Charitable Contribution:<br>**Robert Hanes (Beneficiary - Baltazar Ramirez)**<br>**Charitable Contribution: Stock** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**John C. Herkoltz**<br>**Charitable Contribution: Trust - Irrevocable** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**Jane A. Nohl**<br>**Charitable Contribution: Trust - Irrevocable** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**Helen C. Giebler (Beneficiary - Mrs. Benedict)**<br>**Charitable Contribution: Trust - Irrevocable** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**Evelyn J. Stengelin**<br>**Charitable Contribution: Trust - Irrevocable** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**Betty C. Noone**<br>**Charitable Contribution: Trust - Irrevocable** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**Anna J. Brann**<br>**Charitable Contribution: Will - Irrevocable** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**Charles C. Walters**<br>**Charitable Contribution: Will - Irrevocable** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**Lois C. Harrison**<br>**Charitable Contribution: Will - Irrevocable** | - | 0.00 |
| | | Interests in Charitable Contribution:<br>**Kenith Reim**<br>**Charitable Contribution: Trust - Revocable** | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Clifford Swan Investment Counsel**<br>**Life Income Trusts and Funds**<br>**See Attached March 2014 Quarterly Report.** | - | 880,878.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                         Sub-Total >        **880,878.00**
                                                      (Total of this page)

Sheet __3__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**                    Case No. _____
       **public benefit corporation**
                                        ,
                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent US20120276145**<br>**Description:**<br>**Extracellular matrix proteins from haemophilus influenzae biofilms: targets for therapeutic or diagnostic use** | - | 0.00 |
| | | **Patent EP1118247A2**<br>**Description:**<br>**Band-limited adaptive feedback canceller for hearing aids** | - | 0.00 |
| | | **Patent US20050273018**<br>**Description:**<br>**Diagnosis of the presence of cochlear hydrops using observed auditory brainstem responses** | - | 0.00 |
| | | **Patent EP1089659B1**<br>**Decription:**<br>**System for detection of auditory evoked potentials using a point optimized variance ratio** | - | 0.00 |
| | | **Patent US7141022**<br>**Description:**<br>**Method for aligning derived-band ABR responses based on integration of detrended derived-band ABRs** | - | 0.00 |
| | | **Patent US7223246**<br>**Description:**<br>**Diagnosis of the presence of cochlear hydrops using observed auditory brainstem responses** | - | 0.00 |
| | | **Patent US6264616:**<br>**Description:**<br>**Acoustic tumor detection using stacked derived-band ABR amplitude** | - | 0.00 |
| | | **Patent EP1605365A1**<br>**Description:**<br>**Method of diagnosing cochlear hydrops** | - | 0.00 |
| | | **Patent US7609841**<br>**Description:**<br>**Frequency shifter for use in adaptive feedback cancellers for hearing aids** | - | 0.00 |
| | | **Patent WO2010048095A3**<br>**Description:**<br>**Treatment and/or prevention of inner ear conditions by modulation of a metabotropic glutamate receptor** | - | 0.00 |

                                                          Sub-Total >       **0.00**
                                                  (Total of this page)

Sheet __4__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | House Research Institute, a California nonprofit public benefit corporation | | | Case No. | |
| | | Debtor | | | |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Patent US7292699**<br>**Description:**<br>**Band-limited adaptive feedback canceller for hearing aids** | - | **0.00** |
| | | **Patent US6980662**<br>**Description:**<br>**Device for presenting acoustical and vibratory stimuli and method of calibration** | - | **0.00** |
| | | **Patent US5325436**<br>**Description:**<br>**Method of signal processing for maintaining directional hearing with hearing aids** | - | **0.00** |
| | | **Patent US6134329**<br>**Description:**<br>**Method of measuring and preventing unstable feedback in hearing aids** | - | **0.00** |
| | | **Patent EP0862398B1**<br>**Description:**<br>**Pressure-regulating ear plug** | - | **0.00** |
| | | **Patent US6293903**<br>**Description:**<br>**Apparatus and method for mounting implantable hearing aid device** | - | **0.00** |
| | | **Patent US6358688**<br>**Description:**<br>**Immortalized human middle ear epithelial cell lines** | - | **0.00** |
| | | **Patent US20100204447**<br>**Description:**<br>**Use of anitmicrobial proteins and peptides for the treatment of otitis media and paranasal sinusitis** | - | **0.00** |
| | | **Patent US5749912**<br>**Description:**<br>**Low-cost, four-channel cochlear implant** | - | **0.00** |
| | | **Patent US5549658**<br>**Description:**<br>**Four-Channel cochlear system with a passive, non-hermetically sealed implant** | - | **0.00** |

Sub-Total >    **0.00**
(Total of this page)

Sheet __5__ of __8__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**          Case No. _____
       **public benefit corporation**
       _____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Patent US20020048374**<br>**Description:**<br>**Method and apparatus for measuring the performance of an implantable middle ear hearing aid, and the respones of a patient wearing such a hearing aid** | - | 0.00 |
| | | **Patent CA2230135C**<br>**Description:**<br>**Pressure-regulating ear plug** | - | 0.00 |
| | | **Patent US6200273**<br>**Description:**<br>**Power-optimized cumulative, sequential statistical method for detection of auditory evoked potentials** | - | 0.00 |
| | | **Patent US6I96977**<br>**Description:**<br>**Method for detection on auditory evoked potentials using a point optimized variance ratio** | - | 0.00 |
| | | **Patent US20080234539**<br>**Description:**<br>**Soft tissue placement of implantable microphone** | - | 0.00 |

Sub-Total >          0.00
(Total of this page)

Sheet __6__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**          Case No. _____
      **public benefit corporation**
                                                    ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Intellectual Property:** | - | **0.00** |
| | | **1. Cirrus Healthcare Products**<br>   **60 Main Street P.P. Box 220**<br>   **Cold Spring Harbor, NY 11724**<br>   **Royalty Agreement-quarterly pmts** | | |
| | | **2. Natus Medical Inc. (ABR)**<br>   **1501 Industrial Road**<br>   **San Carlos, CA 94070-4777**<br>   **Royalty Agreement-quarterly pmts** | | |
| | | **3. Neurovision** | | |
| | | **4. Speriaan-Veripro**<br>   **900 Douglas Pike**<br>   **Smithfield, RI 02917-1874**<br>   **30% pd to inventors D. Freed, S. Soli** | | |
| | | **5. Nihon Cochlear Corporation Ltd.**<br>   **Ochanomizu-Motomachi Building**<br>   **2-3-7 Hong Bunkyo-Ku**<br>   **Togo-113-0033 Japan** | | |
| | | **6. Hearing Test Systems, LLC (HINT)**<br>   **7615 Sierra Drive,**<br>   **Granite Bay, CA 95746** | | |
| | | **7. Panasonic Corporation Global**<br>   **0101-00271905 1006 Oaza**<br>   **Kadoma/Kadoma City Osaka Japan** | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Toyota Tacoma Regular Cab, Automatic Transmission, 15,002 Miles Kelley Blue Book Value** | - | 8,023.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          **8,023.00**
(Total of this page)

Sheet __7__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**    Case No. _____
       **public benefit corporation**

_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached inventory list** | - | **0.00** |
| 30. Inventory. | | **Temporal bone Surgical Dissection Manual By Ralph A. Nelson, M.D.** **Selling price per manual: $50.00** **Inventory: 137 boxes in stock (22 manuals in box)** **5 manuals on hand** **3019 total manuals** | - | **18,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **18,000.00** |
| (Total of this page) | |
| Total > | **1,198,151.99** |

Sheet __8__ of __8__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# HRI Inventory List - JV DOES NOT WANT

| Item | Count | Location | Floor |
|---|---|---|---|
| Ear Exhibit | 1 | Lobby | 1M |
| Bookcase 6' | 30 | rm 290, AIR, ES, rm 235, rm 240, rm 245, CS, IT | 2M |
| Bookcase 7' | 16 | rm 230, rm 240, rm 245, CS | 2M |
| Bookcase other | 3 | rm 230, CS | 2M |
| Chair - Counterheight wheels | 2 | AIR | 2M |
| Chair - Office Chairs | 65 | ES, rm 230, rm 241, rm 240, rm 245, CS, IT | 2M |
| Chair - Regular | 39 | rm 235, rm 241, rm 240, CS | 2M |
| Credenza | 6 | AIR, rm 240 | 2M |
| Desk | 34 | AIR, ES, rm 230, rm 235, rm 240, rm 245, CS, IT | 2M |
| Desk - L-Shaped | 17 | ES, rm 230, rm 240, CS, IT | 2M |
| Equipment table - reg | 5 | rm 290, AIR, HAR, rm 235 | 2M |
| Equipment table - small | 7 | rm 290, AIR, rm 245, IT | 2M |
| Filing Cabinet - 2 drawers tall | 5 | AIR, HAR, rm 245, CS | 2M |
| Filing Cabinet - 2 drawers lateral | 7 | AIR, rm 245, CS | 2M |
| Filing Cabinet - 4 drawers tall | 30 | AIR, HAR, Es, rm 230, rm 235, rm 240, rm 245 | 2M |
| Filing Cabinet - 5 drawers lateral | 36 | AIR, ES, rm 230, rm 235, rm 240, rm 245, CS, IT | 2M |
| Lamp | 1 | CS | 2M |
| Microwave | 1 | CS | 2M |
| Refrigerator | 2 | rm 230, CS | 2M |
| Sofa | 1 | rm 240 | 2M |
| Storage Cabinet 6' | 14 | AIR, HAR, Es, rm 230, rm 245, IT | 2M |
| Storage Cabinet 7' | 2 | rm 230 | 2M |
| Storage Cabinet other | 8 | CS | 2M |
| Table 5' | 10 | rm 290, HAR, rm 230, rm 245, CS | 2M |
| Table 6' | 3 | AIR | 2M |
| Table Conference | 3 | rm 241, CS, IT | 2M |
| Table round | 6 | rm 230, rm 240, rm 245, CS | 2M |
| Table other | 4 | CS, IT | 2M |
| Work Benche | 3 | ES, rm 235 | 2M |
| Workstation (walls/desk/drawers) | 10 | rm 230, rm 240, rm 245, CS, IT | 2M |
| Bookcart | 3 | library | 4 |
| Bookcase 6' | 10 | CS, BM, ELP, RA | 4 |
| Bookcase 7' | 18 | library, rm 450, ELP | 4 |
| Bookcase other | 3 | BM, lab, RA | 4 |
| Bookshelve - Library | 7 | library | 4 |
| Chair - reg | 49 | library, rm 490, CS, BM, rm 450, ELP, BR, RA | 4 |
| Chair - Armchair | 10 | library, ELP | 4 |
| Chair - Exam | 1 | ELP | 4 |

| | | | |
|---|---|---|---|
| Chair- Lab | 1 | library | 4 |
| Chair - Office | 44 | library, rm 490, CS, BM, rm 450, lab, ELP, RA | 4 |
| Credenza | 6 | library, BM, ELP, RA | 4 |
| Desk | 17 | library, rm 490, CS, BM, rm 450, lab, ELP, RA | 4 |
| Desk - Computer | 2 | BM, ELP | 4 |
| Desk - L Shaped | 12 | library, BM, rm 450, ELP, RA | 4 |
| Elyptical Fitness Machine | 1 | FR | 4 |
| Equipment Cart | 2 | PR, CS | 4 |
| Filing Cabinet - 2 drawers lateral | 16 | library, BM, rm 450, ELP, RA | 4 |
| Filing Cabinet - 2 drawers tall | 6 | library, rm 490, CS, BM, rm 450 | 4 |
| Filing Cabinet - 3 drawers tall | 2 | ELP | 4 |
| Filing Cabinet - 4 drawers lateral | 1 | RA | 4 |
| Filing Cabinet - 4 drawers tall | 13 | library, BM, ELP | 4 |
| Filing Cabinet - 5 drawers Lateral | 16 | BM, ELP, RA | 4 |
| Filing Cabinet - 5 drawers tall | 5 | PR, rm 490, RA | 4 |
| Filing Cabinet - Index cards | 1 | library | 4 |
| Ice Maker Scotsman | 1 | lab | 4 |
| Magazine Display | 5 | library | 4 |
| Microwave oven | 1 | BR | 4 |
| Podium | 1 | library | 4 |
| Sofa - Library | 2 | library | 4 |
| Specimen Cabinet | 3 | lab | 4 |
| Storage Cabinet - small | 2 | RA | 4 |
| Storage Cabinet | 6 | ELP, RA | 4 |
| Storage Cabinet - Drawing | 1 | BM | 4 |
| Storage Cabinet w sliders | 2 | BM | 4 |
| Table - 2' | 1 | ELP | 4 |
| Tables- 3' | 4 | BM, ELP | 4 |
| Table - 4' | 3 | CS, BR | 4 |
| Table - 5' | 5 | library, rm 450, lab, ELP | 4 |
| Table - 6' | 5 | library, PR, BM, ELP | 4 |
| Table - Conference | 1 | ELP | 4 |
| Table - Electronic Testing | 1 | ELP | 4 |
| Table - Equipment | 8 | lab, ELP | 4 |
| Table - lab | 5 | lab, ELP | 4 |
| Table - Lamp | 6 | library, CS, BM, ELP, RA | 4 |
| Table - Round | 4 | library, BM, ELP, RA | 4 |
| Treadmill | 2 | FR | 4 |
| Workstation | 3 | RA | 4 |
| | | | |
| Unused Whole Heads | 76 | Most are individually bagged, some are grouped in twos | |
| | | **Two include head and neck/shoulders | 5 |
| | | | 5 |
| Unused Half Heads | 10 | (older, desiccated somewhat) | 5 |
| Unused Temporal Bones | 115 | 35 'New' bones, best quality | 5 |

|  |  |
|---|---|
| 36 'Older' bones, good quality | 5 |
| 44 'Older' bones, fair quality | 5 |
|  | 5 |

| | | | |
|---|---|---|---|
| Used Half Heads | 6 | Prior post-auricular and MCF incisions made, bone drilled | |
| Used Whole Head | 1 | **Head and neck/shoulders, with calvarium cut | 5 |
| Unused but incompletely prepared bones | 12 | | 5 |
| (Practice bones) | | | 5 |
| Partially used temporal bones | 93 | | 5 |
| (Practice bones) | | | 5 |
| Fully used temporal bones (to discard) | 125 | | 5 |

House Research Institute,
a California nonprofit public benefit corporation

| Item | Description | Value | Compared To: |
|------|-------------|-------|--------------|
|  |  |  |  |
| **Paintings** |  |  |  |
| Pascal | Vase Bleu 27" X 21 1/2" 91550 9/550 | $    150.00 |  |
| Pascal | Glass Vase w/ Flowers 23/550 | $    150.00 |  |
| Pascal | Cove in Brittany 13 1/2" X 18 1/8" 19/550 | $    150.00 |  |
| Pascal | Picnic 7" x 18 3/4" 19/550 | $    150.00 |  |
| Pascal | Spring in Ansouis 17" x 20" 9/550 | $    150.00 |  |
| Pascal | Garden in Grasse 21" X 22" 22/550 | $    150.00 |  |
| Pascal | AP 10/30 | $    150.00 |  |
| Pascal | Women w/Hat tea Table 10/550 | $    150.00 |  |
|  |  |  |  |
| Clifford | Carriage House in Spring Time PS HD 136 | $     50.00 |  |
| Clifford | Glass Vase w/Plate Bowl w/ Fruit |  |  |
| Clifford | Teddy Bear holding Basket of Flowers |  |  |
| Al Bernstein | 3 Flowers |  |  |
| Telephone Paintings | Red Pay Phone |  |  |
| Suzanne Plemmings |  |  |  |
|  |  |  |  |
| Roski | "Celebration" Original | $ 4,000.00 | Galleries |
|  |  |  |  |
|  | **Total:** | **$ 5,250.00** |  |

**SCHEDULE B EXHIBIT - PAINTING**
4

House Research Institute,
a California nonprofit public benefit corporation

**TENANT RENTS**

| Tenant | Monthly Rent |
|---|---|
| | |
| C&C BIOPHARMA | $4,090.00 |
| | |
| ENGLAND PHYSICAL THERAPY | $150.00 |
| | |
| STEFAN, DR. MICHAEL | $2,837.35 |
| | |
| HOUSE CLINIC | $39,356.23 |
| | |
| SAMBAR(PHARMACY) | $2,929.46 |
| | |
| UCLA | $51,000.00 |
| | |
| Total | **$100,363.04** |
| | |



# CLIFFORD ◆ SWAN
## INVESTMENT COUNSEL

*Karen*

April 21, 2014
Mgr: Peter Boyle

Mr. James Boswell
House Research Institute
2100 West Third Street, 5th Floor
Los Angeles, CA  90057

MANAGEMENT FEE:            House Research Institute Planned Gifts

| | |
|---|---:|
| 3/31/2014 Portfolio Value: | $ 880,878 |
| Annual Fee Based On: | $ 8,809 |
| $ 880,878 @ 1.00% per annum          $ 8,809 | |
| Quarterly Fee | $ 2,202 |
| For the Period 4/1/2014 through 6/30/2014 | |
| PIF Fixed Fee ($125 per PIF plus $25 per Participant) | + $ 150 |
| Quarterly Fixed Fee $125 per Trust | + $ 125 |
| Quarterly Fixed Fee $125 per Trust | + $ 125 |
| Quarterly Fixed Fee $125 per Trust | + $ 125 |
| Quarterly Fixed Fee $125 per Trust | + $ 125 |
| Quarterly Fixed Fee $125 per Trust | + $ 125 |
| Net Fee: | $ 2,977 |

| Account | Account Value | Quarterly Fee |
|---|---:|---:|
| (478706260) HRI - POOLED INCOME FUND<br>HOUSE RESEARCH INSTITUTE<br>CNB #: 478706260 | $ 36,023 | $ 240 |
| (478706308) HRI - LEVY $6000 ANNUITY TRUST<br>HOUSE RESEARCH INSTITUTE<br>CNB #: 478706308 | $ 68,679 | $ 297 |
| (478706256) HRI - HUSSELL 8% BASIC UNITRUST<br>HOUSE RESEARCH INSTITUTE<br>CNB #: 478706256 | $ 82,349 | $ 331 |
| (478706254) HRI - HOLTON 6% BASIC UNITRUST<br>HOUSE RESEARCH INSTITUTE<br>CNB #: 478706254 | $ 113,430 | $ 409 |
| (478706253) HRI - GERBER-STEPHENS 8% BASIC UNITRUST<br>HOUSE RESEARCH INSTITUTE<br>CNB #: 478706253 | $ 509,681 | $ 1,398 |
| (478706250) HRI - BUTLER 5% BASIC UNITRUST<br>HOUSE RESEARCH INSTITUTE<br>CNB #: 478706250 | $ 70,716 | $ 302 |
| Total | $ 880,878 | $ 2,977 |

*Karen*

**SCHEDULE B EXHIBIT - CLIFFORD SWANSON INVESTMENT**
6

200 S. Los Robles Ave., Ste. 320 ◆ Pasadena, California 91101
Telephone: 626.792.2228 ◆ Facsimile: 626.792.2670 ◆ www.cliffordswan.com

B6D (Official Form 6D) (12/07)

In re **House Research Institute, a California nonprofit**
    **public benefit corporation**
                                  Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13)

.

In re **House Research Institute, a California nonprofit**
**public benefit corporation**                                                Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**18**___   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit**
**public benefit corporation**
Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |   | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|   |   | H W | J C |   |   |   |   |   |   |   |
| Account No.<br><br>**Abel Andrade**<br>**2316 S. bronson Ave.**<br>**Los Angeles, CA 90018** |   | - |   | **Vacation & Penalties** |   |   |   | **4,929.60** | **0.00** | **4,929.60** |
| Account No.<br><br>**Akiko Amano**<br>**4084 Ivey Vista Way**<br>**Oceanside, CA 92057** |   | - |   | **Vacation & Penalties** |   |   |   | **1,040.13** | **0.00** | **1,040.13** |
| Account No. **06-110857cp**<br><br>**Amy S. Martinez**<br>**11469 Rose Avenue**<br>**Los Angeles, CA 90066** |   | - |   | **Vacation & Penalties** |   |   |   | **14,798.35** | **2,323.35** | **12,475.00** |
| Account No.<br><br>**Ana J. Cordero Sosa**<br>**851 Sunset Ave. #189**<br>**West Covina, CA 91790** |   | - |   | **Vacation & Penalties** |   |   |   | **2,269.15** | **0.00** | **2,269.15** |
| Account No. **06-111350cp**<br><br>**Andrea McArthur**<br>**3115 Merrill Dr.**<br>**#33**<br>**Torrance, CA 90503** |   | - |   | **Vacation & Penalties** |   |   |   | **10,103.85** | **0.00** | **10,103.85** |

Sheet __1__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | **2,323.35** |
|---|---|---|---|
| | (Total of this page) | **33,141.08** | **30,817.73** |

B6E (Official Form 6E) (4/13) - Cont.

In re  **House Research Institute, a California nonprofit**
       **public benefit corporation**

Case No. _____

,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. <br><br> **Arya Parsa** <br> **11206 Amarillo St.** <br> **Rancho Cucamonga, CA 91701** | - | | | | Vacation & Penalties | | | | **702.15** | 0.00 | **702.15** |
| Account No. <br><br> **Audrey Nguyen** <br> **26181 Sanz** <br> **Unit D #372** <br> **Mission Viejo, CA 92603** | - | | | | Vacation & Penalties | | | | **128.07** | 0.00 | **128.07** |
| Account No. **06-110640cp** <br><br> **Barbara Serrano** <br> **4548 Cleland Avenue** <br> **Los Angeles, CA 90065** | - | | | | Vacation & Penalties | | | | **10,617.10** | 0.00 | **10,617.10** |
| Account No. <br><br> **Bradley Lebel** <br> **21854 S. Vermont Ave.** <br> **Unit 5** <br> **Torrance, CA 90502** | - | | | | Vacation & Penalties | | | | **1,461.54** | 0.00 | **1,461.54** |
| Account No. **06-111489cp** <br><br> **Caroline Abdala** <br> **404 E. Las Flores Dr.** <br> **Altadena, CA 91001** | - | | | | Vacation & Penalties | | | | **35,336.53** | 22,861.53 | **12,475.00** |

Sheet __2__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 22,861.53 |
|---|---|
| **48,245.39** | **25,383.86** |

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit**
**public benefit corporation**
                                                                      Case No. _____
                                                        ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **06-111405cp**  <br><br>**Channy Park**<br>**2048 Ward St.**<br>**Fullerton, CA 92833** | | | - | | **Vacation & Penalties** | | | | <br>6,455.09 | **0.00**<br><br>6,455.09 |
| Account No.  <br><br>**Charlene Cruz**<br>**5248 Hammill Road**<br>**El Monte, CA 91732** | | | - | | **Vacation & Penalties** | | | | <br>2,526.82 | **0.00**<br><br>2,526.82 |
| Account No. **06-111650cp**  <br><br>**Chelsea Cole**<br>**1245 n. Laurel Ave. #7**<br>**Los Angeles, CA 90046** | | | - | | **Vacation & Penalties** | | | | <br>8,316.83 | **0.00**<br><br>8,316.83 |
| Account No.  <br><br>**Daniel Graham**<br>**1144-A Chelsea Ave.**<br>**Santa Monica, CA 90403** | | | - | | **Vacation & Penalties** | | | | <br>24,878.40 | **12,403.40**<br><br>12,475.00 |
| Account No.  <br><br>**David Landsberger**<br>**441 East 87th St.**<br>**New York, NY 10128** | | | - | | **Vacation & Penalties** | | | | <br>9,518.85 | **0.00**<br><br>9,518.85 |

Sheet __3___ of __18___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 12,403.40 |
|---|---|---|
| | 51,695.99 | 39,292.59 |

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit
public benefit corporation**,         Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **06-111404cp** <br><br> David Lim <br> 775 Panorama Pl. <br> Pasadena, CA 91105 | - | | Vacation & Penalties | | | | 49,823.71 | 37,348.71 | 12,475.00 |
| Account No. **06-111466cp** <br><br> Deanne Hammes Ganguly <br> 2417 Bradley Avenue <br> Claremont, CA 91711 | - | | Vacation & Penalties | | | | 11,361.37 | 0.00 | 11,361.37 |
| Account No. **06-110867cp** <br><br> Debra Shrader <br> 1201 Alta Paseo <br> Burbank, CA 91501 | - | | Vacation & Penalties | | | | 11,669.05 | 0.00 | 11,669.05 |
| Account No. **06-110866cp** <br><br> Elizabeth Moseley <br> 323 S. Lafayette Park Pl. <br> #112 <br> Los Angeles, CA 90057 | - | | Vacation & Penalties | | | | 16,312.99 | 3,837.99 | 12,475.00 |
| Account No. **06-111027cp** <br><br> Elizabeth S. French <br> 2067 Chilton Drive <br> Glendale, CA 91201 | - | | Vacation & Penalties | | | | 13,740.46 | 1,265.46 | 12,475.00 |

Sheet __4__ of __18__ continuation sheets attached to    Subtotal    42,452.16
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    102,907.58    60,455.42

B6E (Official Form 6E) (4/13) - Cont.

In re  **House Research Institute, a California nonprofit**
       **public benefit corporation**
                                                        Case No. _____

                                    Debtor                                          ,

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Vacation & Penalties | | | | | 0.00 | |
| Ellen L. Narver 2050 Delrosa Drive Los Angeles, CA 90041 | - | | | | | | | 4,387.46 | | 4,387.46 |
| Account No. 06-111008cp | | | | Vacation & Penalties | | | | | 0.00 | |
| Erica Rose Canal 16602 E. Masline St. Covina, CA 91722 | - | | | | | | | 5,390.20 | | 5,390.20 |
| Account No. 06-111641cp | | | | Vacation & Penalties | | | | | 23,102.50 | |
| Federico Kalinec 8227 Gulana Avenue Playa Del Rey, CA 90293 | - | | | | | | | 35,577.50 | | 12,475.00 |
| Account No. | | | | Vacation & Penalties | | | | | 0.00 | |
| Fred Linthicum 24150 Malibu Rd. Malibu, CA 90265 | - | | | | | | | 0.00 | | 0.00 |
| Account No. 06-110160cp | | | | Vacation & Penalties | | | | | 10,616.13 | |
| Gilda Kalinec 8227 Gulana Avenue Playa Del Rey, CA 90293 | - | | | | | | | 23,091.13 | | 12,475.00 |

Sheet **5** of **18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 33,718.63 | |
| (Total of this page) | 68,446.29 | 34,727.66 |

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit public benefit corporation**,
_____
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **06-110868cp** <br><br> **Jamie Glater** <br> **1238 10th Styreet #4** <br> **Santa Monica, CA 90401** | | - | **Vacation & Penalties** | | | | **11,470.80** | 0.00 | **11,470.80** |
| Account No. <br><br> **Janice Loggins** <br> **90 Reever Way** <br> **Altadena, CA 91001** | | - | **Vacation & Penalties** | | | | **5,411.43** | 0.00 | **5,411.43** |
| Account No. **06-111403cp** <br><br> **Jeon-Im Woo** <br> **8248 Graham Green** <br> **Buena Park, CA 90621** | | - | **Vacation & Penalties** | | | | **11,561.49** | 0.00 | **11,561.49** |
| Account No. <br><br> **Jeremie Vitte** <br> **5365 San Vicente Blvd., #212** <br> **Los Angeles, CA 90019** | | - | **Vacation & Penalties** | | | | **6,489.86** | 0.00 | **6,489.86** |
| Account No. <br><br> **Joanne Perlmutter** <br> **208 S. Camden Dr.** <br> **Beverly Hills, CA 90212** | | - | **Vacation & Penalties** | | | | **21,449.16** | 8,974.16 | **12,475.00** |

Sheet **6** of **18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 8,974.16 |
|---|---|---|
| | (Total of this page) | 56,382.74 | 47,408.58 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **House Research Institute, a California nonprofit**
**public benefit corporation**
                                                                Case No. _____

                                    Debtor
                                                              ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No.<br><br>**John J. Galvin III**<br>**1145 N. Ogden Drive #205 W.**<br>**Los Angeles, CA 90046** | | - | | | **Vacation & Penalties** | | | | **10,098.93** | **0.00** | **10,098.93** |
| Account No. **06-110818cp**<br><br>**John Wygonski**<br>**1956 La France**<br>**South Pasadena, CA 91030** | | - | | | **Vacation & Penalties** | | | | **30,356.54** | **17,881.54** | **12,475.00** |
| Account No.<br><br>**Josefina Cervantes**<br>**8721 Lyndora St. Apt. A**<br>**Downey, CA 90242** | | - | | | **Vacation & Penalties** | | | | **347.36** | **0.00** | **347.36** |
| Account No. **06-110861cp**<br><br>**Juan F. Llamas**<br>**12507 Rose Drive**<br>**Whittier, CA 90601** | | - | | | **Vacation & Penalties** | | | | **8,010.06** | **0.00** | **8,010.06** |
| Account No. **06-11085cp**<br><br>**Karen C. Johnson**<br>**791 E. California Bl.**<br>**Pasadena, CA 91106** | | - | | | **Vacation & Penalties** | | | | **17,566.19** | **5,091.19** | **12,475.00** |

Sheet **7** of **18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **22,972.73** |
|---|---|---|
| | (Total of this page) | **66,379.08** | **43,406.35** |

B6E (Official Form 6E) (4/13) - Cont.

In re    **House Research Institute, a California nonprofit**
         **public benefit corporation**                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Vacation & Penalties | | | | | |
| **Karen Dunphy** **428 S. Canon Drive Apt. A** **Beverly Hills, CA 90212** | - | | | | | | | | 0.00 2,084.96 | 2,084.96 |
| Account No. | | | | | Vacation & Penalties | | | | | |
| **Karo Tanaka** **123 S. Figueroa St. #322** **Los Angeles, CA 90012** | - | | | | | | | | 0.00 4,302.71 | 4,302.71 |
| Account No. | | | | | Vacation & Penalties | | | | | |
| **Kathlynn Arms** **P.O. Box 745** **Monterey Park, CA 91754** | - | | | | | | | | 0.00 5,630.08 | 5,630.08 |
| Account No. **06-111071cp** | | | | | Vacation & Penalties | | | | | |
| **Kenneth Sakai** **2610 E. Orange Grove Blvd.** **Arcadia, CA 91007** | - | | | | | | | | 0.00 12,298.61 | 12,298.61 |
| Account No. **06-111735cp** | | | | | Vacation & Penalties | | | | | |
| **Kristina Celani Rousso** **1010 Elgrove Avenue #3** **Venice, CA 90291** | - | | | | | | | | 0.00 8,845.00 | 8,845.00 |

Sheet **8** of **18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 33,161.36 | 33,161.36 |
|---|---|---|---|

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit public benefit corporation**

Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **05-60505ee** <br><br> **Laurel Fisher** <br> **2067 Chilton Drive** <br> **Glendale, CA 91201** | - | | | | **Vacation & Penalties** | | | | 26,103.74 | 13,628.74 <br><br> 12,475.00 |
| Account No. **06-110858cp** <br><br> **Laurie S. Eisenberg** <br> **503 E. Tujunga Ave., Unit 1** <br> **Burbank, CA 91501** | - | | | | **Vacation & Penalties** | | | | 39,266.05 | 26,791.05 <br><br> 12,475.00 |
| Account No. <br><br> **Leticia Saldana** <br> **275 E. 48th Street** <br> **Los Angeles, CA 90011** | - | | | | **Vacation & Penalties** | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Louie Avila** <br> **1304 S. Halinor Ave.** <br> **West Covina, CA 91790** | - | | | | **Vacation & Penalties** | | | | 612.00 | 0.00 <br><br> 612.00 |
| Account No. **06-111569cp** <br><br> **Mahnaz Ahmadi** <br> **117 S. Doheny Dr. APR 303** <br> **Los Angeles, CA 90048** | - | | | | **Wages & Penalties** | | | | 8,254.63 | 0.00 <br><br> 8,254.63 |

Sheet __9__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 40,419.79 |
|---|---|---|
| (Total of this page) | 74,236.42 | 33,816.63 |

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit**
      **public benefit corporation**
                              Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Marco Giovanni<br>18049 Coastline Dr. 32<br>Malibu, CA 90265 | - | | Vacation & Penalties | | | | 6,870.21 | 0.00 | 6,870.21 |
| Account No. 06-111015cp <br><br>Margeret Winter<br>428 Jacinto St.<br>Redlands, CA 92373 | - | | Vacation & Penalties | | | | 19,728.36 | 7,253.36 | 12,475.00 |
| Account No. <br><br>Marian Rush<br>2173 W. 25th Street<br>Los Angeles, CA 90018 | - | | Vacation & Penalties | | | | 2,397.78 | 0.00 | 2,397.78 |
| Account No. 06-110842cp <br><br>Marilee Potthoff<br>7485 Henefer Ave.<br>Los Angeles, CA 90045 | - | | Vacation & Penalties | | | | 21,300.12 | 8,825.12 | 12,475.00 |
| Account No. <br><br>Marisol Escudero<br>676 W. Florence Ave.<br>Los Angeles, CA 90044 | - | | Vacation & Penalties | | | | 0.00 | 0.00 | 0.00 |

Sheet **10** of **18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 16,078.48 |
| (Total of this page) | 50,296.47 | 34,217.99 |

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit**
**public benefit corporation**
_____,
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Mary Jane Chua** 21854 S. Vermont Ave. Unit 5 Torrance, CA 90502 | - | | Vacation & Penalties | | | | 1,195.27 | 0.00 | 1,195.27 |
| Account No. **Maya E. Monges-Hernandez** 1036 E. Covina Hills Road Covina, CA 91724 | - | | Vacation & Penalties | | | | 341.62 | 0.00 | 341.62 |
| Account No. 06-110864cp **Meredith Burke** 4633 New York Ave. La Crescenta, CA 91214 | - | | Vacation & Penalties | | | | 10,329.80 | 0.00 | 10,329.80 |
| Account No. **Michael Macaranas** P.O. Box 12842 La Jolla, CA 92039 | - | | Vacation & Penalties | | | | 11,731.50 | 0.00 | 11,731.50 |
| Account No. 06-111686cp **Monica Padilla Velez** 14005 Bayside Drive #9 Norwalk, CA 90650 | - | | Vacation & Penalties | | | | 13,903.86 | 1,428.86 | 12,475.00 |

Sheet __11__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

1,428.86

37,502.05    36,073.19

B6E (Official Form 6E) (4/13) - Cont.

In re  **House Research Institute, a California nonprofit
public benefit corporation**                                          Case No. _____

_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Nancy J. Hoffman<br>853 12th Street<br>Unit A<br>Santa Monica, CA 90403** | - | | | | | | | Vacation & Penalties<br><br><br><br>5,940.65 | 0.00<br><br><br>5,940.65 |
| Account No. **06-111332cp**<br><br>**Neil Segil<br>2440 Santa Fosa Ave.<br>Altadena, CA 91001** | - | | | | | | | Vacation & Penalties<br><br><br><br>57,617.83 | 45,142.83<br><br><br>12,475.00 |
| Account No.<br><br>**Nicole Saucedo<br>10618 Anzac Ave.<br>Los Angeles, CA 90002** | - | | | | | | | Vacation & Penalties<br><br><br><br>2,462.25 | 0.00<br><br><br>2,462.25 |
| Account No. **06-111099cp**<br><br>**Pamela Richardson<br>2402 Graham Ave. #A<br>Redondo Beach, CA 90278** | - | | | | | | | Vacation & Penalties<br><br><br><br>12,897.02 | 0.00<br><br><br>12,897.02 |
| Account No.<br><br>**Patricia Lisseth Joya<br>8911 S. Baring Cross Street<br>Los Angeles, CA 90044** | - | | | | | | | Vacation & Penalties<br><br><br><br>423.43 | 0.00<br><br><br>423.43 |

Sheet __12__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 45,142.83 |
|---|---|---|
| | (Total of this page) | 79,341.18 | 34,198.35 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **House Research Institute, a California nonprofit
public benefit corporation**                                          Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **06-111093cp** <br><br> **Petra Samaniego** <br> **10523 Lower Azusa Rd.** <br> **Temple City, CA 91780** | | - | **Vacation & Penalties** | | | | 6,984.77 | 0.00 <br><br> 6,984.77 |
| Account No. **06-111517cp** <br><br> **Ping Luo** <br> **13310 Felson Pl.** <br> **Cerritos, CA 90703** | | - | **Vacation & Penalties** | | | | 18,978.54 | 6,503.54 <br><br> 12,475.00 |
| Account No. **06-110612cp** <br><br> **Pru Thein** <br> **5521 Robinhood Ave.** <br> **Temple City, CA 91780** | | - | **Vacation & Penalties** | | | | 7,297.48 | 0.00 <br><br> 7,297.48 |
| Account No. <br><br> **Qianjie Fu** <br> **4936 INDIANOLA WAY** <br> **La Canada Flintridge, CA 91011** | | - | **Vacation & Penalties** | | | | 18,822.16 | 6,347.16 <br><br> 12,475.00 |
| Account No. <br><br> **Radha Kalluri** <br> **425 Wistaria Place** <br> **Altadena, CA 91001** | | - | **Vacation & Penalties** | | | | 12,692.33 | 217.33 <br><br> 12,475.00 |

Sheet  **13**  of  **18**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| Subtotal | 13,068.03 |
| (Total of this page) | 64,775.28 | 51,707.25 |

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit**
**public benefit corporation**                                   Case No. _____
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | |
| Account No. **06-112763cp** | | | | | | | | **Vacation & Penalties** | | |
| Rebecca Gerten-Ferreira 1557 Golden Ave. Hermosa Beach, CA 90254 | - | | | | | | | | 0.00 | |
| | | | | | | | | | 6,779.24 | 6,779.24 |
| Account No. | | | | | | | | **Vacation & Penalties** | | |
| Robert Rainey 2402 Graham Ave. #A Redondo Beach, CA 90278 | - | | | | | | | | 0.00 | |
| | | | | | | | | | 3,335.85 | 3,335.85 |
| Account No. **06-110851cp** | | | | | | | | **Vacation & Penalties** | | |
| Robert Shannon 5112 Crown Ave. Pasadena, CA 91101 | - | | | | | | | | 37,705.58 | |
| | | | | | | | | | 50,180.58 | 12,475.00 |
| Account No. | | | | | | | | **Vacation & Penalties** | | |
| Roberta M. Leyvas 1304 S. Halinor Ave. West Covina, CA 91790 | - | | | | | | | | 0.00 | |
| | | | | | | | | | 3,364.30 | 3,364.30 |
| Account No. | | | | | | | | **Vacation & Penalties** | | |
| Rosa Maria Sierra 4927 Elizabeth jSt. Bell Gardens, CA 90201 | - | | | | | | | | 0.00 | |
| | | | | | | | | | 5,448.66 | 5,448.66 |

Sheet __14__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 37,705.58 |
|---|---|---|
| | (Total of this page) | 69,108.63 | 31,403.05 |

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit
public benefit corporation**
_____,
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **06-111186cp** <br><br> **Sandra I. Oba** <br> **3527 Corinth Avenue** <br> **Los Angeles, CA 90066** | | - | **Vacation & Penalties** | | | | 15,853.92 | 3,378.92 | 12,475.00 |
| Account No. **06-111406cp** <br><br> **Sung-Hee Kil** <br> **2272 Clark Drive** <br> **Fullerton, CA 92833** | | - | **Vacation & Penalties** | | | | 6,710.83 | 0.00 | 6,710.83 |
| Account No. <br><br> **Sung-Kyun Moon** <br> **2519 Regency Circle** <br> **Fullerton, CA 92833** | | - | **Vacation & Penalties** | | | | 11,111.56 | 0.00 | 11,111.56 |
| Account No. <br><br> **Susanna Y. Lam** <br> **1245 S. Orange Grove** <br> **Apt. #1** <br> **Pasadena, CA 91105** | | - | **Vacation & Penalties** | | | | 45.97 | 0.00 | 45.97 |
| Account No. <br><br> **Takahiro Ohyama** <br> **195 S. Wilson Ave.** <br> **#9** <br> **Pasadena, CA 91106** | | - | **Vacation & Penalties** | | | | 12,692.30 | 217.30 | 12,475.00 |

Sheet __15__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 3,596.22 |
|---|---|---|
| (Total of this page) | 46,414.58 | 42,818.36 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re **House Research Institute, a California nonprofit**       Case No. _____
       **public benefit corporation**
                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| **Account No.**<br><br>Tao Kwan<br>P.O. Box 93838<br>Pasadena, CA 91109 | | - | | | Vacation & Penalties | | | | 0.00 | 0.00 | 0.00 |
| **Account No.**<br><br>Terri Hashimoto<br>2321 College View Dr.<br>Monterey Park, CA 91754 | | - | | | Vacation & Penalties | | | | 4,809.78 | 0.00 | 4,809.78 |
| **Account No.**<br><br>Toru Mira<br>148 N. Mar Vista Ave.<br>Pasadena, CA 91106 | | - | | | Vacation & Penalties | | | | 706.51 | 0.00 | 706.51 |
| **Account No. 06-110810cp**<br><br>Welly Makmura<br>6317 Lemon Ave.<br>San Gabriel, CA 91775 | | - | | | Vacation & Penalties | | | | 10,606.75 | 0.00 | 10,606.75 |
| **Account No.**<br><br>Xiaosong Wang<br>4936 Indianola Way<br>La Canada Flintridge, CA 91011 | | - | | | Vacation & Penalties | | | | 6,455.18 | 0.00 | 6,455.18 |
| Sheet __16__ of __18__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | Subtotal<br>(Total of this page) | | | | 22,578.22 | 0.00 | 22,578.22 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **House Research Institute, a California nonprofit**
          **public benefit corporation**
                                                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |  |  |
| Account No. |  |  |  | Vacation & Penalties |  |  |  |  |  |  |
| Yen-Jung Chen 411 W. Seaside Way #603 Long Beach, CA 90802 |  | - |  |  |  |  |  | 1,415.42 | 0.00 | 1,415.42 |
| Account No. |  |  |  | Vacation & Penalties |  |  |  |  |  |  |
| Yoo Jin Lee 532 N. Mariposa Ave. #103 Los Angeles, CA 90004 |  | - |  |  |  |  |  | 521.04 | 0.00 | 521.04 |
| Account No. 06-111484cp |  |  |  | Vacation & Penalties |  |  |  |  |  |  |
| Zahara Jaffer 275 S. Arroyo Pkwy #318 Pasadena, CA 91105 |  | - |  |  |  |  |  | 14,384.09 | 1,909.09 | 12,475.00 |
| Account No. |  |  |  | Vacation & Penalties |  |  |  |  |  |  |
| Zlatka Stojanova 501 West Olympic Blvd. Apt. 414 Los Angeles, CA 90015 |  | - |  |  |  |  |  | 1,016.78 | 0.00 | 1,016.78 |
| Account No. |  |  |  |  |  |  |  |  |  |  |

Sheet __17__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  |  |
|---|---|
| 1,909.09 |  |
| 17,337.33 | 15,428.24 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **House Research Institute, a California nonprofit**
      **public benefit corporation**
                                   ,        Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Los Angeles County Tax Collector** **225 n. Hill St., Rm. 122** **PO BOX 514818** **Los Angeles, CA 90051-4818** | - | | | | | | | | 1,311.86 |
| | | | | | | | 1,311.86 | | 0.00 |
| Account No. | | | | | | | | | |
| **Navajo County Treasurer Office** **PO BO X668** **Holbrook, AZ 86025-0668** | - | | | | | | | | 589.96 |
| | | | | | | | 589.96 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __18__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,901.82 | 1,901.82 |
| | | 0.00 |
| Total (Report on Summary of Schedules) | 923,851.49 | 306,956.66 |
| | | 616,894.83 |

B6F (Official Form 6F) (12/07)

In re **House Research Institute, a California nonprofit
public benefit corporation**                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **401 (k) Advisors <br> 120 Vantis, Suite 400 <br> Aliso Viejo, CA 92656** | - | | | | | | 5,000.00 |
| Account No. <br><br> **ABCAM Inc. <br> PO BOX 3460 <br> Boston, MA 02241-3460** | | | | | | | 420.00 |
| Account No. <br><br> **Acco Engineering Systems <br> 6265 San Fernando Rd. <br> Glendale, CA 91201-2214** | - | | | | | | 445.00 |
| Account No. <br><br> **Active Motif <br> 1914 Palomar Oaks Way <br> Carlsbad, CA 92008** | - | | | | | | 808.00 |
| __31__  continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 6,673.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    S/N:38932-131212    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **House Research Institute, a California nonprofit**
    **public benefit corporation**                                      Case No. _____

                                                    ,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                            (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Addgene Inc**<br>**1 kendall Sq, Bldg 600**<br>**3rd Floor**<br>**Cambridge, MA 02139** | - | | | | | | | 215.00 |
| Account No.<br><br>**Advance Bionics LLC**<br>**PO BOX 5131**<br>**Carol Stream, IL 60197-5131** | - | | | | | | | 1,194.00 |
| Account No.<br><br>**Advocure**<br>**1874 Greenhill Dr.**<br>**Clearwater, FL 33758-2206** | - | | | | | | | 10,000.00 |
| Account No.<br><br>**Agilent Technologies Inc.**<br>**PO Box 742108**<br>**Los Angeles, CA 90074-2108** | - | | | | | | | 179.85 |
| Account No.<br><br>**Air Treatment Corp**<br>**957 Lawson Street**<br>**Rowland Heights, CA 91748** | - | | | | | | | 2,521.37 |

Sheet no. __1__ of __31__ sheets attached to Schedule of                    Subtotal              | 14,110.22 |
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
        **public benefit corporation**
                                            ,    Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**America Otological Society**<br>**1980 Warson**<br>**Springfield, IL 62704** | - | | | | | | 2,702.70 |
| Account No.<br><br>**Ancare Corporation**<br>**PO BOX 814**<br>**Bellmore, NY 11710-0814** | - | | | | | | 898.95 |
| Account No.<br><br>**Anderson Ice Company**<br>**3617 W. Jefferson Blvd.**<br>**Los Angeles, CA 90016** | - | | | | | | 1,446.40 |
| Account No.<br><br>**Andrews International, Inc.**<br>**PO BOX 935461**<br>**Atlanta, GA 31193-5461** | - | | | | | | 600.00 |
| Account No.<br><br>**Arrowhead Drinking Water**<br>**PO BOX 856158**<br>**Louisville, KY 40285-6158** | - | | | | | | 280.83 |

Sheet no. __2__ of __31__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)        **5,928.88**

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit public benefit corporation**        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**ARS Enterprises**<br>**12900 Lakeland Road**<br>**Santa Fe Springs, CA 90670** | | - | | | | | | | 903.74 |
| Account No.<br><br>**Audiometrics**<br>**Godon N. Stowe & Associates**<br>**586 Palwaukee Drive**<br>**Wheeling, IL 60090** | | - | | | | | | | 545.00 |
| Account No.<br><br>**Baylor College of Medicine**<br>**Mail Stop: BCM295**<br>**Attn: Andy Groves Ph.D.**<br>**Houston, TX 77030** | | - | | | | | | | 2,188.00 |
| Account No.<br><br>**Biomedical Research Inst.**<br>**PO BOX 10130**<br>**Silver Spring, MD 20914** | | - | | | | | | | 1,823.00 |
| Account No.<br><br>**Blackbaud**<br>**PO BOX 930256**<br>**Atlanta, GA 31193-0256** | | - | | | | | | | 775.00 |

Sheet no. \_\_**3**\_\_ of \_\_**31**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **6,234.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**    Case No. _____
       **public benefit corporation**
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Blakely, Sokoloff, Taylor & ZAFM** **12400 Wilshire Blvd.** **Seventh Floor** **Los Angeles, CA 90025-1026** | - | | | | | | | 10,557.00 |
| Account No. | | | | | | | | |
| **Braun Linen Service Inc.** **PO BOX 348** **16530 S. Garfield** **Paramount, CA 90723** | - | | | | | | | 1,141.61 |
| Account No. | | | | | | | | |
| **Camden Group** **100 N. Sepulveda Blvd., Suite 600** **El Segundo, CA 90245** | - | | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| **Carl Zeiss Microscopy, LLC** **General Post Office** **PO Box 5943** **New York, NY 10087-5943** | - | | | | | | | 906.88 |
| Account No. | | | | | | | | |
| **Carrier Corporation** **PO BOX 93844** **Cust Code: H37588** **Chicago, IL 60673-3844** | - | | | | | | | 5,070.52 |

Sheet no. __4__ of __31__ sheets attached to Schedule of                    Subtotal               | 22,676.01
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
        **public benefit corporation**                          Case No. _____

                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CBRE Inc. 2700 Post Oak Blvd., Ste 250 Houston, TX 77056 | | - | | | | | 5,500.00 |
| Account No. | | | | | | | |
| Cell Signaling Technology PO BOX 3843 Boston, MA 02241-3843 | | - | | | | | 1,270.68 |
| Account No. | | | Lab Supplies | | | | |
| Charles River Laboratories G.P.O. Box 27812 New York, NY 10087-7812 | | - | | | | | 5,066.11 |
| Account No. | | | | | | | |
| Childrens Tumor Foundation 95 Pine St., Fl. 16 New York, NY 10005-3904 | | - | | | | | 11,363.79 |
| Account No. | | | Credit Card | | | | |
| City National Bank Credit Card Processing Cente File 1365 Pasadena, CA 91199-1355 | | - | | | | | 37,499.00 |

Sheet no. __5__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          60,699.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit
public benefit corporation**                                              Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **City of Hope**<br>**1500 East Duarte Road**<br>**Duarte, CA 91010** | - | | | | | | | 270.00 |
| Account No. | | | | | | | | |
| **Clontech Labs Inc.**<br>**PO BOX45794**<br>**San Francisco, CA 94145** | - | | | | | | | 250.82 |
| Account No. | | | | | | | | |
| **Cochlear Americas**<br>**P.O. Box 910811**<br>**Denver, CO 80291-0811** | - | | | | | | | 15,833.30 |
| Account No. | | | | Lab Supplies | | | | |
| **Corte Instruments LLC**<br>**1448 NE Mable CT**<br>**Bend, OR 97701** | - | | | | | | | 14.00 |
| Account No. | | | | | | | | |
| **Culligan of Sylmar**<br>**Lockbox Processing**<br>**PO BOX 2903**<br>**Wichita, KS 67201-2903** | - | | | | | | | 1,104.81 |

Sheet no. __6__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **17,472.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
         **public benefit corporation**                                        Case No. _____

_____,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Daigger & Company Inc., A.**<br>**37120 Eagle Way**<br>**Chicago, IL 60678-1371** | - | | | | | | | 128.95 |
| Account No.<br><br>**Dako North America, Inc.**<br>**PO BOX 200102**<br>**Pittsburgh, PA 15251-0102** | - | | | | | | | 151.52 |
| Account No.<br><br>**Dell Marketing L.P.**<br>**PO BOX 910916**<br>**Pasadena, CA 91110-0916** | - | | | | | | | 5,365.79 |
| Account No.<br><br>**Denville Scientific Inc.**<br>**PO BOX 4588**<br>**Metuchen, NJ 08840-4588** | - | | | | | | | 722.24 |
| Account No.<br><br>**Devl. Studies Hybridoma Bank**<br>**Dept. Biol. Sci.'s,**<br>**University of Iowa**<br>**028 Biology Bldg. East**<br>**Iowa City, IA 52242-1324** | - | | | | | | | 212.00 |

Sheet no. __7__ of __31__ sheets attached to Schedule of                    Subtotal                    | 6,580.50 |
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**
      **public benefit corporation**                                    Case No. _____

_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Digi-Key Corporation** <br> **PO BOX 250** <br> **Thief River Falls, MN 56701-0250** | - | | | | | | 1,663.25 |
| Account No. <br><br> **Eco Lab Pest Elim. Div.** <br> **Pest Elimination Division** <br> **26252 Network Place** <br> **Chicago, IL 60673-1262** | - | | | | | | 1,068.50 |
| Account No. <br><br> **Electron Microscopy Sciences** <br> **PO BOX 550** <br> **1560 Industry Rd.** <br> **Hatfield, PA 19440** | - | | | | | | 882.07 |
| Account No. <br><br> **EMD Millipore Coporation** <br> **25802 Network Place** <br> **Chicago, IL 60673** | - | | | | | | 1,934.44 |
| Account No. <br><br> **Emtech Laboratories** <br> **PO BOX 12900** <br> **Roanoke, VA 24022-2900** | - | | | | | | 196.04 |

Sheet no. __8__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,744.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
                **public benefit corporation**                                          Case No. _____

_____,
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Hearing Aids | | | | |
| **Epic Hearing Healthcare** **3191 W. Temple Ave., Ste. 200** **Pomona, CA 91768** | - | | | | | | 113,682.55 |
| Account No. | | | | | | | |
| **Eppendorf north America, Inc.** **4102988828** **PO BOX 13275** **Newark, NJ 07101-3275** | - | | | | | | 426.65 |
| Account No. | | | | | | | |
| **Eurofins MWG Operon Inc** **13489 Collections Center Dr.** **Chicago, IL 60693** | - | | | | | | 118.97 |
| Account No. | | | | | | | |
| **Evoqua Water Technologies LLC (Siemens)** **PO BOX 360766** **Pittsburgh, PA 15250-6766** | - | | | | | | 2,963.89 |
| Account No. | | | | | | | |
| **Examinetics Inc.** **PO BOX 410047** **Kansas City, MO 64141-0047** | - | | | | | | 5,060.00 |

Sheet no. __9__ of __31__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          122,252.06

B6F (Official Form 6F) (12/07) - Cont.

In re **House Research Institute, a California nonprofit**      Case No. _____
        **public benefit corporation**
_____,
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FEI Company**<br>**9066 Paysphere Circle**<br>**Chicago, IL 60674** | - | | | | | | 7,728.00 |
| Account No.<br><br>**Finestone & Richter**<br>**1875 Century Park East**<br>**Suite 1500**<br>**Los Angeles, CA 90067** | - | | | | | | 821.30 |
| Account No.<br><br>**Fisher Scientific**<br>**FILE # 50129**<br>**Acct # 370830-001**<br>**Los Angeles, CA 90074-0129** | - | | | | | | 10,761.24 |
| Account No.<br><br>**Freedom Imaging**<br>**1401 E. Ball Road**<br>**Ste. E.**<br>**Anaheim, CA 92805** | - | | | | | | 824.65 |
| Account No. **14K01881**<br><br>**Fujitec America, Inc. c/o**<br>**Cates Peterson LLP**<br>**4100 Newport Place**<br>**Suite 230**<br>**Newport Beach, CA 92660** | - | | 02/04/2014<br>Lawsuit | | | | 14,952.00 |

Sheet no. __10__ of __31__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)       **35,087.19**

B6F (Official Form 6F) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit**
**public benefit corporation**                                    Case No. _____

                                                          ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Galloway P.O. Box 3212 Spartanburg, SC 29304-3212 | - | | | | | | | 24,496.84 |
| Account No. | | | | Bond Remarketing | | | | |
| Gates Capital Attn: Municipal Finance Dept. 100 Park Ave., 22nd Floor New York, NY 10017 | - | | | | | | | 14,955.00 |
| Account No. | | | | | | | | |
| Genesee Scientific 8430 Juniper Creek Lane San Diego, CA 92126 | - | | | | | | | 1,967.09 |
| Account No. | | | | | | | | |
| Gilbert M. Ruiz MD 4775 Hamilton Wolfe, Bldg 1 San Antonio, TX 78229 | - | | | | | | | 250.00 |
| Account No. | | | | | | | | |
| Gilmore Liquid Air COmpany 9503 E. Rush St. South El Monte, CA 91733-1536 | - | | | | | | | 5,794.86 |

Sheet no. __11__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           47,463.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit**
**public benefit corporation**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **30-2014-00699971-SC-SC-HNB**<br><br>**Harbor Pointe Air Conditioning**<br>**20914 Bake Parkway**<br>**#110**<br>**Lake Forest, CA 92630** | - | | **01/22/2014**<br>**Lawsuit** | | | | 0.00 |
| Account No.<br><br>**Harlan**<br>**3565 Paysphere Circle**<br>**Chicago, IL 60674** | - | | | | | | 434.04 |
| Account No.<br><br>**Hearing Health Foundation**<br>**363 Seventh Avenue, 10th Floor**<br>**New York, NY 10001-3904** | - | | | | | | 41,487.01 |
| Account No.<br><br>**House Ear Clinic, Inc.**<br>**2100 W. 3rd St. Ste 111**<br>**Los Angeles, CA 90057** | - | | | | | | 9,182.00 |
| Account No.<br><br>**Ice Machine Sales & Service**<br>**5250 East Washington Blvd.**<br>**Los Angeles, CA 90040-3965** | - | | | | | | 176.00 |

Sheet no. __12__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,279.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit
public benefit corporation**                                      Case No. _____

_____,
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IDEXX Distribution**<br>**PO Box 101327**<br>**Atlanta, GA 30392-1327** | - | | | | | | 625.79 |
| Account No.<br><br>**Idville**<br>**5376 52nd Street SE**<br>**Grand Rapids, MI 49512** | - | | | | | | 281.00 |
| Account No.<br><br>**Integra Biosciences Corp**<br>**2 Wentworth Drive**<br>**Hudson, NH 03051** | - | | | | | | 362.98 |
| Account No.<br><br>**Integrated DNA Technologies**<br>**25104  Network Place**<br>**Chicago, IL 60673-1251** | - | | | | | | 1,176.23 |
| Account No.<br><br>**Ipressroom Corporation**<br>**13482 Maxella Avenue**<br>**Suite 222**<br>**Marina Del Rey, CA 90292** | - | | | | | | 2,565.00 |

Sheet no. __13__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,011.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
          **public benefit corporation**
                                             ,
                         Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jeon-Im Woo 8248 Graham Green Buena Park, CA 90621 | - | | | | | | | 50.00 |
| Account No. | | | | | | | | |
| Jet Pets inc. 9111 Falmouth Ave. Playa Del Rey, CA 90293-8901 | - | | | | | | | 225.00 |
| Account No. 14N12401 | | | | Lawsuit | | | | |
| Johnson Controls PO BOX 730068 Dallas, TX 75373 | - | | | | | | | 6,533.25 |
| Account No. | | | | | | | | |
| Kalinec Federico 8227 Gulana Ave. Playa Del Rey, CA 90293 | - | | | | | | | 145.00 |
| Account No. | | | | | | | | |
| Kapabiosystems Inc. 600 West Cummings Park Suite 2250 Woburn, MA 01801 | - | | | | | | | 624.08 |

Sheet no. __14__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,577.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
     **public benefit corporation**                               Case No. _____
_____,
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Knobbe Martens Olson & Bear LL** **2040 Main St., 14th Floor** **Irvine, CA 92614** | - | | | | | | | 61.30 |
| Account No. | | | | | | | | |
| **Kroll Background America, Inc.** **PO BOX 847514** **Dallas, TX 75284-7514** | - | | | | | | | 105.20 |
| Account No. | | | | | | | | |
| **LEICA Microsystems, Inc.** **14008 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | | 285.85 |
| Account No. | | | | | | | | |
| **LG & M Electric Inc.** **216 S. Heliotrope Avenue** **Monrovia, CA 91016** | - | | | | | | | 355.00 |
| Account No. | | | | | | | | |
| **Li-Cor Inc.** **PO BOX 82651** **Lincoln, NE 68501-2651** | - | | | | | | | 184.07 |

Sheet no. __**15**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
    (Total of this page)    **991.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
       **public benefit corporation**
       _____,

Case No. _____

                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Life Technologies** <br> **Bank of America Lockbox Svs** <br> **12088 Collections Center Dr.** <br> **Chicago, IL 60693** | - | | | | | | **4,036.65** |
| Account No. <br><br> **Lincoln National Life Ins. Co.** <br> **PO BOX 0821** <br> **Carol Stream, IL 60132** | - | | | | | | **448.48** |
| Account No. <br><br> **Littler Mendelson, P.C.** <br> **P.O. Box 45547** <br> **San Francisco, CA 94145-0547** | - | | | | | | **1,000.00** |
| Account No. <br><br> **Loma Linda Univ Med Ctr** <br> **Dpt. of Otolaryngology** <br> **11234  Anderson St., #2586a** <br> **Loma Linda, CA 92354** | - | | | | | | **250.00** |
| Account No. <br><br> **Mecanusa, Inc.** <br> **7310 Ranchito Ave.** <br> **Van Nuys, CA 91405** | - | | | | | | **966.23** |

Sheet no. __16__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,701.36**

B6F (Official Form 6F) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit**
        **public benefit corporation**                                    Case No. _____

_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service | | | | |
| **Metro Service South** **413 NW 69th Street** **Vancouver, WA 98668** | - | | | | | | 13,240.00 |
| Account No. | | | Lab Supplies | | | | |
| **Microsonic** **2960 Duss Ave.** **Ambridge, PA 15003** | - | | | | | | 130.50 |
| Account No. | | | | | | | |
| **Midwest Scientific** **PO BOX 11750** **Saint Louis, MO 63105** | - | | | | | | 4,365.89 |
| Account No. | | | | | | | |
| **Mouser Electronics** **Payment Processing Center** **PO BOX 99319** **Fort Worth, TX 76199-0319** | - | | | | | | 773.55 |
| Account No. | | | | | | | |
| **National Instruments Corporation** **PO BOX 202262** **Dallas, TX 75320-2262** | - | | | | | | 588.38 |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    19,098.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
**public benefit corporation**                                   Case No. _____

                                                          ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| NCS Pearson Inc. 13036 Collection Center Drive Chicago, IL 60693 | - | | | | | | 160.27 |
| Account No. | | | | | | | |
| Neil Segil 2440 Santa Fosa Ave. Altadena, CA 91001 | - | | | | | | 671.70 |
| Account No. | | | | | | | |
| New England Biolabs Inc. PO BOX 3933 Boston, MA 02241-3933 | - | | | | | | 1,374.93 |
| Account No. | | | | | | | |
| Newco Distributors Inc. 10700 7th Street Rancho Cucamonga, CA 91730 | - | | | | | | 6,272.62 |
| Account No. | | | | | | | |
| NF2 Advocure, Inc. 1874 Greenhill Dr. Clearwater, FL 33758-2206 | - | | | | | | 50,000.00 |

Sheet no. __18__ of __31__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        58,479.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
      **public benefit corporation**
                                               ,
                                   Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**NOHR Foundation**<br>**P.O. BOX 421**<br>**Narberth, PA 19072** | - | | | | | | | 4,682.11 |
| Account No.<br><br>**Novartis Pharmaceuticals Corp**<br>**OTM RESEARCH ALLIANCE**<br>**USEH, 335,**<br>**310 E. One Health Plaza**<br>**East Hanover, NJ 07936-1080** | - | | | | | | | 61,089.66 |
| Account No.<br><br>**NOVUS Biologicals**<br>**PO BOX 802**<br>**Littleton, CO 80160** | - | | | | | | | 374.00 |
| Account No.<br><br>**O'Ray**<br>**2285 E. Foothill Blvd.**<br>**Pasadena, CA 91107** | - | | | | | | | 44,845.28 |
| Account No.<br><br>**Odin Metrology Inc.**<br>**3533 Old Conejo Road**<br>**Suite 125**<br>**Newbury Park, CA 91320** | - | | | | | | | 1,180.00 |

Sheet no. __19__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,171.05

B6F (Official Form 6F) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**
　　　 **public benefit corporation**
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿,
Case No. ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Optimal Phone Interpreters** <br> **PO BOX 20505** <br> **Tampa, FL 33622** | | - | | | | | | 10,456.75 |
| Account No. <br><br> **Oticon Medical LLC** <br> **580 Howard Avenue** <br> **Somerset, NJ 08873** | | - | | | | | | 3,554.21 |
| Account No. <br><br> **Parker Boiler Co.** <br> **5930 Bandini Blvd.** <br> **Los Angeles, CA 90040** | | - | | | | | | 2,459.22 |
| Account No. <br><br> **Pharmo Products Inc.** <br> **Department 267501** <br> **PO BOX 67000** <br> **Detroit, MI 48267-2675** | | - | | | | | | 1,121.19 |
| Account No. <br><br> **Professional Office Services** <br> **PO BOX 450** <br> **Waterloo, IA 50704-0450** | | - | | | | | | 377.54 |

Sheet no. __20__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,968.91

B6F (Official Form 6F) (12/07) - Cont.

In re      **House Research Institute, a California nonprofit**
           **public benefit corporation**                                        Case No. _____

_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Promega Corporation** **PO BOX 689768** **Chicago, IL 60695-9768** | - | | | | | | | 497.81 |
| Account No. | | | | | | | | |
| **Purchase Power** **PO BOX 371874** **Pittsburgh, PA 15250-7874** | - | | | | | | | 7,904.30 |
| Account No. | | | | | | | | |
| **Quality Laboratories** **PO BOX 802** **Littleton, CO 80160** | - | | | | | | | 374.00 |
| Account No. | | | | Service | | | | |
| **Quality Systems Inc. / Nextgen** **P.O. Box 511449** **Los Angeles, CA 90051** | - | | | | | | | 17,923.94 |
| Account No. | | | | | | | | |
| **Radha Kalluri** **425 Wistaria Place** **Altadena, CA 91001** | - | | | | | | | 1,522.42 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,222.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit**
        **public benefit corporation**                              Case No. _____
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Regency Enterprises, Inc. Dept. Ch. 16786 Palatine, IL 60055-6786 | - | | | | | | | 537.15 |
| Account No. | | | | | | | | |
| Research For Life LLC 2230 E. Magnolia St. Phoenix, AZ 85034 | - | | | | | | | 6,250.00 |
| Account No. | | | | | | | | |
| Research Products Intl. PO BOX 95169 Palatine, IL 60095-0169 | - | | | | | | | 105.15 |
| Account No. | | | | | | | | |
| Retrogen, Inc. 6645 Nancy Ridge Dr. San Diego, CA 92121 | - | | | | | | | 1,532.00 |
| Account No. | | | | | | | | |
| Roche Diagnostics Corp. P.O. Box 75341 Chicago, IL 60675-5341 | - | | | | | | | 754.28 |

Sheet no. __22__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,178.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**
        **public benefit corporation**                              Case No. _____
                                                                          ,
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Roto-Rooter Plumbing Hoffman Southwest Corp. 925 W. Hyde Park Inglewood, CA 90301 | - | | | | | | 440.50 |
| Account No. | | | | | | | |
| Ryder Transportation Svcs Lockbox File 56347 Los Angeles, CA 90047-6347 | - | | | | | | 742.08 |
| Account No. | | | | | | | |
| Saint Vincent Medical Center 2100 West Third Street Los Angeles, CA 90057 | - | | | | | | 4,606.86 |
| Account No. | | | Unpaid Rent | | | | |
| Saint Vincent Medical Center 2100 West Third Street Los Angeles, CA 90057 | - | | | | | | 263,347.54 |
| Account No. | | | | | | | |
| Saint Vincent Radiological Med. P.O. Box 19130 Newbury Park, CA 91319-9130 | - | | | | | | 239.00 |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **269,375.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit**
        **public benefit corporation**                                    Case No. _____

                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Sally A. Helmerich** **14906 Genoa Street** **Sylmar, CA 91342** | | | | | | | 270.00 |
| Account No. **BC532668** | | - | 01/08/2014 Lawsuit | | | | |
| **Sandbox Technologies, Inc. c/o** **Leigh A. Stepp** **Anwyl, Scoffield & Stepp** **P.O. Box 269127** **Sacramento, CA 95826-9127** | | | | | | | 10,545.68 |
| Account No. | | - | | | | | |
| **Santa Cruz Biotechnology** **2145 Delaware Avenue** **Santa Cruz, CA 95060** | | | | | | | 3,781.31 |
| Account No. | | - | | | | | |
| **Servicon Systems, Inc.** **3965 Landmark Street** **Culver City, CA 90232** | | | | | | | 3,887.47 |
| Account No. | | - | | | | | |
| **Sharefile** **701 Corporate Center Drive** **Suite 300** **Raleigh, NC 27607-5238** | | | | | | | 320.10 |

Sheet no. __24__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,804.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**
      **public benefit corporation**
                                            ,
                                Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Siemens Industry, Inc.**<br>**c/o Citibank (Bldg Tech)**<br>**PO BOX 2134**<br>**Carol Stream, IL 60132-2134** | - | | | | | | 1,596.00 |
| Account No.<br><br>**Sigma Aldrich Inc.**<br>**PO BOX 535182**<br>**Atlanta, GA 30353-5182** | - | | | | | | 2,146.07 |
| Account No.<br><br>**Sign Industries**<br>**2101 Carrillo Privado**<br>**Ontario, CA 91761** | - | | | | | | 1,575.00 |
| Account No.<br><br>**Smile Makers**<br>**PO BOX 2543**<br>**Spartanburg, SC 29304-2543** | - | | | | | | 259.83 |
| Account No.<br><br>**Staples Business Advantage**<br>**DEPT LA**<br>**PO BOX 83689**<br>**Chicago, IL 60696-3689** | - | | | | | | 3,970.53 |

Sheet no. __25__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,547.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **House Research Institute, a California nonprofit**          Case No. _____
          **public benefit corporation**
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Starkey Laboratories, Inc.** **PO BOX 9457** **Minneapolis, MN 55440** | - | | | | | | | 1,110.70 |
| Account No. | | | | | | | | |
| **Steris Corporation** **PO BOX 644063** **Pittsburgh, PA 15264-4063** | - | | | | | | | 630.00 |
| Account No. | | | | Service | | | | |
| **Supreme Graphics, Inc.** **3403 Jack Northrop Ave.** **Hawthorne, CA 90250** | - | | | | | | | 13,473.74 |
| Account No. | | | | | | | | |
| **Sutter Instrument** **One Digital drive** **Novato, CA 94949** | - | | | | | | | 192.61 |
| Account No. | | | | | | | | |
| **Technical Safety Services Inc.** **Dept 33265** **PO BIOX 39000** **CA 91439-3265** | - | | | | | | | 5,028.00 |

Sheet no. __26__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **20,435.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**
        **public benefit corporation**                    Case No. _____
        _____,
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lab Supplies | | | | |
| **The Jackson Laboratory** **Bank of America / Jackson Lab** **90260 Collection Centre Dr.** **Chicago, IL 60693** | - | | | | | | 9,434.24 |
| Account No. | | | | | | | |
| **The Sheridan Press** **PO BOX 414784** **Boston, MA 02241-4784** | - | | | | | | 3,975.00 |
| Account No. | | | | | | | |
| **Thermo Fisher Scientific Bioscience** **13930 Collections Center Dirve** **Chicago, IL 60693** | - | | | | | | 1,035.52 |
| Account No. | | | | | | | |
| **Transit Air Cargo Inc.** **2204 East Fourth St.** **Santa Ana, CA 92705** | - | | | | | | 327.50 |
| Account No. | | | | | | | |
| **Triangle Biomedical** **3014 Croasdaile Dr.** **Durham, NC 27705-2507** | - | | | | | | 99.52 |

Sheet no. __27__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,871.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**
      **public benefit corporation**                                    Case No. _____
_____,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **United Parcel Service** **P.O. Box 89420** **Los Angeles, CA 90189** | - | | | | | | 16.55 |
| Account No. | | | | | | | |
| **University of California Irvine** **Medical Ctr, Dept. Of Otolaryng** **101 City Drive S. , Bldg. 25** **Orange, CA 92868** | - | | | | | | 4,200.00 |
| Account No. | | | | | | | |
| **USA Scinetific Inc.** **PO BOX 30000** **Orlando, FL 32891-8210** | - | | | | | | 4,574.79 |
| Account No. | | | | | | | |
| **USC** **Sponsored Projects Accounting** **FILE 52095** **Los Angeles, CA 90074-2095** | - | | | | | | 4,892.00 |
| Account No. | | | | | | | |
| **USC Cancer Center Business Office** **Flow Cytometry, NRT LG 509** **MC 9602, 1450 Biggy Street** **Los Angeles, CA 90033-9602** | - | | | | | | 1,240.00 |

Sheet no. __28__ of __31__ sheets attached to Schedule of                     Subtotal                | 14,923.34 |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit**          Case No. _____
         **public benefit corporation**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **USC Trojan Bookstores**<br>**3716 Hope Street**<br>**Ran 101-MC7701**<br>**Los Angeles, CA 90089-7701** | - | | | | | | **2,951.90** |
| Account No. | | | | | | | |
| **Vector Laboratories Inc.**<br>**30 Ingold Rd.**<br>**Burlingame, CA 94010** | - | | | | | | **573.75** |
| Account No. | | | | | | | |
| **Vector Security Inc.**<br>**PO BOX 89462**<br>**Cleveland, OH 44101-6462** | - | | | | | | **2,250.00** |
| Account No. | | | Lab Supplies | | | | |
| **VetEQUIP inc.**<br>**P.O. Box 10785**<br>**Pleasanton, CA 94588-0785** | - | | | | | | **453.05** |
| Account No. | | | | | | | |
| **Vincent M. Riccardi, M.D.**<br>**The Neurofibromat Osis**<br>**5415 Briggs Avenue**<br>**La Crescenta, CA 91214** | - | | | | | | **3,000.00** |

Sheet no. __29__ of __31__ sheets attached to Schedule of                    Subtotal          **9,228.70**
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **House Research Institute, a California nonprofit**
        **public benefit corporation**                                    Case No. _____

_____,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lab Supplies | | | | |
| **VWR International** **P.O. Box 64016** **WI 54264** | - | | | | | | 10,584.52 |
| Account No. | | | | | | | |
| **Wahers Internation LTD** **PO BOX 2096** **Davis, CA 95617-2096** | - | | | | | | 2,750.00 |
| Account No. | | | | | | | |
| **Water Chemists** **7834 Irwingrove Drive** **Downey, CA 90241** | - | | | | | | 1,056.00 |
| Account No. | | | Earmolds | | | | |
| **Westone Laboratories, Inc.** **P.O. Box 15100** **Colorado Springs, CO 80935** | - | | | | | | 17,678.79 |
| Account No. | | | Service | | | | |
| **Wilshire Blvd. Temple Camp** **3663 Wilshire Blvd.** **Attn: Rose Livae** **Los Angeles, CA 90010-2798** | - | | | | | | 27,535.00 |

Sheet no. __30__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **59,604.31**

B6F (Official Form 6F) (12/07) - Cont.

In re    **House Research Institute, a California nonprofit
          public benefit corporation**                              Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **WMHS Vernon Collection PO BOX 660345 Dallas, TX 75266** | - | | | | | | | 1,852.54 |
| Account No. | | | | | | | | |
| **Workcare Occupational Health Care Consu 300 South Harbor, Suite 600 Anaheim, CA 92805** | - | | | | | | | 725.38 |
| Account No. | | | | | | | | |
| **Wrights Supply, Inc. 640 Allen Avenue Glendale, CA 91201** | - | | | | | | | 1,364.68 |
| Account No. | | | | Service | | | | |
| **Xerox Capital Services, LLC P.O. Box 7405 Pasadena, CA 91109-7405** | - | | | | | | | 18,787.72 |
| Account No. | | | | | | | | |
| **Zymo Research Corporation 17062 Murphy Avenue Irvine, CA 92614** | - | | | | | | | 1,505.20 |

Sheet no. __31__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 24,235.52 |
| Total (Report on Summary of Schedules) | 1,108,628.88 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **House Research Institute, a California nonprofit
public benefit corporation**

Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| C&C Biopharma - Ziaojian Chen<br>2011 W. 3rd St., Suite 303<br>Los Angeles, CA 90057 | Month to Month Lease for Suites 303 & 305 located at<br>2100 W. 3rd Street, Los Angeles, CA 90057 |
| Dr. Michael Stefan<br>515 N. Detroit St.<br>Suite 260<br>Los Angeles, CA 90036 | Lease for Suite 260 located at 2100 W. 3rd St., Los Angeles, CA 90057<br>Expires on 9/30/2016 |
| England Physical Therapy<br>12465 Lewis St. Ste 101<br>Garden Grove, CA 92840 | Month to month lease for Suite 276 located at<br>2100 W. 3rd St., Los Angeles, CA 90057 |
| House Ear Clinic<br>2100 W. 3rd St.<br>Suite 111<br>Los Angeles, CA 90057 | Contract expires on 6/30/2014<br>For Suite 111 located at 2100 W. 3rd St., Los Angeles, CA 90057 |
| Nesher Technologies<br>Dr. Amir Remair<br>10100 Santa Monica Boulevard, #300<br>Los Angeles, CA 90067 | Month to Month Lease of 300 square feet on 3rd floor located at<br>2100 W. 3rd St., Los Angeles, CA 90057 |
| Regents of the University of CA<br>Attn: Director of Real Estate<br>10920 Wilshire Blvd., Suite 810<br>Los Angeles, CA 90024 | Commercial Lease parts 2, 3 and 4th Floors located at<br>2100 W. 3rd St., Los Angeles, CA 90057<br>Expires 9/30/2015 |
| Regents of the University of CA<br>Attn: Director of Real Estate<br>10920 Wilshire Blvd., Suite 810<br>Los Angeles, CA 90024 | Commercial Lease for Suite 100 located at 2100 W. 3rd St. Los Angeles, CA 90057<br>Expires 12/1/2015 |
| Sambar, Inc. - Sam Miller<br>2100 W. 3rd St.<br>Suite 190<br>Los Angeles, CA 90057 | Lease for Suite 190 located at 2100 W. 3rd St. Los Angeles, CA 90057<br>Expires on 6/30/2015. |
| St. Vincent Hospital<br>2100 W. 3rd St.<br>Los Angeles, CA 90057 | Commercial Property Lease for 2100 W. 3rd St., Los Angeles, CA 90057<br>99 Year Lease<br>Commenced on December 31, 1986<br>Expires on December 30, 2085 |

**1**

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Best Case Bankruptcy

In re    **House Research Institute, a California nonprofit**                          Case No. _____
         **public benefit corporation**

_____,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **St. Vincent Hospital**<br>**2100 W. 3rd St.**<br>**Los Angeles, CA 90057** | **Commercial Property Lease for 2222 OceanView Street,Suite 200 Los Angeles, CA 90057 Commenced on March 7, 1996 and may be terminated by mutual agreement.** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **House Research Institute, a California nonprofit**                    Case No. _____
        **public benefit corporation**
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   House Research Institute, a California nonprofit public benefit
corporation
_____
                        Debtor(s)

Case No. _____

Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __67__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___6/11/14___

Signature _____
                James Boswell
                Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re   **House Research Institute, a California nonprofit public benefit corporation**

|  | Case No. |  |
|---|---|---|
| Debtor(s) | Chapter | **7** |

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,287,809.00** | **2014 YTD: Debtor Business Income** |
| **$11,408,451.00** | **2013: Debtor Business Income** |
| **$13,022,502.00** | **2012: Debtor Business Income** |
| **$73,283.00** | **2012 Debtor's Patent Royalties Received From: Cirrus Healthcare Products** |

**1st Quarter: $28,737.00**
**2nd Quarter: $23,355.00**
**3rd Qurater: $21,191.00**
**4th Quarter: $7,710.00**

B7 (Official Form 7) (04/13)                                                                                                          2

| AMOUNT | SOURCE |
|---|---|
| $89,954.00 | **2013 Debtor's Patent Royalties Received From: Cirrus Healthcare Products**<br>**1st Quarter:  $23,838.00**<br>**2nd Quarter: $22,703.00**<br>**3rd Quarter: $20,039.00**<br>**4th Quarter: $23,374.00** |
| $18,247.15 | **2012 Debtor's Patent Royalties Received From: Natus Medical Inc. (ABR)**<br>**1st Quarter: $0.00**<br>**2nd Quarter: $4,468.07**<br>**3rd Quarter: $2,529.20**<br>**4th Quarter: $11,249.88** |
| $28,898.28 | **2013 Debtor's Patent Royalties Received From: Natus Medical Inc. (ABR)**<br><br>**1st Quarter: $8,564.68**<br>**2nd Quarter: $8.537.70**<br>**3rd Quarter: $8,385.66**<br>**4th Quarter: $3,410.88** |
| $52,500.00 | **2013 Debtor's Patent Royalties Received From: Nihon** |
| $7,500.00 | **2014 YTD Debtor's Patent Royalties Received From: Nihon Cochlear Corporation Ltd.** |
| $2,625.60 | **2014 YTD Debtor's Patent Royalties Received From: Neurovision** |
| $2,800.00 | **2014 YTD Debtor's Patent Royalties Received From: Natus** |
| $776.89 | **2013 Debtor's Patent Royalties Received From: Neurovision** |
| $156.68 | **2012 Debtor's Patent Royalties Received From: Neurovision** |
| $52,500.00 | **2013 Debtor's Patent Royalties Received From: Panasonic Corporation Global** |
| $25,411.51 | **2012 Debtor's Patent Royalties Received From: Sperian-Veripro** |
| $20,549.89 | **2012 Debtor's Patent Royalties Received From: Hearing Test Systems, LLC (HINT)** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,395,175.00 | **2014 YTD: Debtor Donations & Pledge Payments** |
| $7,245,135.00 | **2013: Debtor Donations & Pledge Payments** |
| $6,325,728.00 | **2012: Debtor Donations & Pledge Payments** |
| $744,494.00 | **2013: Income from Equipment Sold** |
| $134,600.00 | **2014 YTD: Income from Equipment Sold** |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐     b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Aetna**<br>**151 Farmington Avenue**<br>**Hartford, CT 06156** | 04/01/2014 $7,532.64<br>05/06/2014 $6,497.12 | $14,029.76 | $0.00 |
| **AT&T**<br>**PO BOX 5025**<br>**Carol Stream, IL 60197-5025** | 03/13/2014 $213.03<br>03/13/2014 $2,706.99<br>03/13/2014 $2,908.19<br>03/25/2014 $6,286.85<br>03/25/2014 $351.41<br>04/01/2014 $154.49<br>04/15/2014 $188.75<br>04/23/2014 $247.96<br>05/05/2014 $5,615.18<br>05/05/2014 $327.26 | $19,000.11 | $0.00 |
| **CBRE Inc.**<br>**2700 Post Oak Blvd., Ste 250**<br>**Houston, TX 77056** | 01/15/2014 $29,580.99 | $29,580.99 | $5,500.00 |
| **Flat Iron**<br>**P.O. Box 712195**<br>**Denver, CO 80271-2195** | 03/25/2014 $16,763.02<br>05/06/2014 $16,763.02 | $33,526.04 | $0.00 |
| **Qianjie Fu**<br>**4936 INDIANOLA WAY**<br>**La Canada Flintridge, CA 91011** | 01/20/2014 $7,500.00 | $7,500.00 | $18,822.16 |
| **Hensiek & Caron**<br>**6650 Sierra Madre Villa**<br>**Ste. 303**<br>**Pasadena, CA 91107** | 01/24/2014 $10,000.00 | $10,000.00 | $0.00 |
| **Hewlett-Packard Financial Services**<br>**P.O. Box 402582**<br>**Atlanta, GA 30384-2582** | 01/29/2014 $3,165.54<br>03/03/2014 $3,165.54<br>03/03/2014 $3,165.54 | $9,496.62 | $0.00 |
| **K&M Cleaning Service Inc.**<br>**PO BOX 44376**<br>**Los Angeles, CA 90044** | 01/29/2014 $4,572.00<br>03/03/2014 $3,916.00<br>04/02/2014 $4,139.08<br>05/01/2014 $3,992.50 | $16,619.58 | $0.00 |
| **Klee, Tuchin, Bogdanoff & Stern**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | 01/10/2014 $50,000.00<br>02/18/2014 $50,000.00<br>02/18/2014 $4,468.80 | $100,000.00 | $0.00 |
| **L.A. Dept. of Water and Power**<br>**P.O. Box 30808**<br>**Los Angeles, CA 90030** | 04/01/2014 $36,250.24<br>05/06/2014 $2,537.40 | $38,787.64 | $0.00 |
| **The Gas Company**<br>**P.O. Box C**<br>**Monterey Park, CA 91756** | 04/01/2014 $3,126.10<br>04/15/2014 $3,678.69<br>05/05/2014 $19.66 | $19,769.34 | $0.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **U.S. Bank Equipment Finance**<br>**PO BOX 790448**<br>**Saint Louis, MO 63179-0448** | **02/11/2014  $2,474.50**<br>**03/06/2014  $2,721.95**<br>**03/13/2014  $2,474.50** | **$7,670.95** | **$0.00** |
| **Camfil**<br>**3302 Solutions Center**<br>**Chicago, IL 60677** | **5/22/20014 $14,500.00** | **$14,500.00** | **$0.00** |
| **City National Bank**<br>**525 S. Flower Street**<br>**Los Angeles, CA 90071** | **03/06/2014 $33.390.83**<br>**03/19/2014 $2,017.00**<br>**04/15/2014 $1,945.00** | **$37,352.83** | **$0.00** |
| **HP Financial Services Co.**<br>**PO Box 402582**<br>**Atlanta, GA 30384-2582** | **03/13/2014 $3,165.54**<br>**04/01/2014 $3,165.54**<br>**04/10/2014 $3,165.54**<br>**04/23/2014 $3,165.54**<br>**04/23/2014 $2,200.76** | **$14,862.92** | **$0.00** |
| **Phil Mobley**<br>**17404 Ascona Dr.**<br>**Canyon Country, CA 91351** | **03/17/2014 $6,658.00** | **$6,658.00** | **$0.00** |
| **Chaoying Zhoang**<br>**657 W. Garland Terrace**<br>**Sunnyvale, CA 94086** | **03/17/2014 $6,658.00** | **$6,658.00** | **$0.00** |
| **LA County Treasurer Tax**<br>**P.O. Box 54978**<br>**Los Angeles, CA 90054-0978** | **04/08/2014 $130,563.41** | **$130,563.41** | **$0.00** |
| **AT & T LONG DISTANCE**<br>**P.O. Box 5017**<br>**Carol Stream, IL 60197-5017** | **03/25/2014 $4,894.71**<br>**04/21/2014 $5,094.60** | **$9,989.31** | **$0.00** |

None
■

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sandbox Technologies, Inc. v, House Research Institute, et al.**<br>**Case No. BC532668** | **Civil** | **Superior Court of California, County of Los Angeles**<br>**111 North Hill St., Rm. 102**<br>**Los Angeles, CA 90016**<br>**Central District** | **Pending** |
| **Harbor Pointe Air Conditioning and Control Systems v. House Ear Institute, a California corporation**<br>**Case No. 30-2014-00699971-SC-SC-HNB** | **Small Claims** | **Superior Court of California, County of Orange**<br>**4601 Jamboree Road**<br>**Newport Beach, CA 92660** | **Dismissed** |
| **City National Bank v. House Research Institute**<br>**Case No. BC536999** | **Civil** | **Superior Court of California, County of Los Angeles**<br>**111 North Hill St.**<br>**Los Angeles, CA 90012** | **Pending** |

B7 (Official Form 7) (04/13)                                                                                        5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fujitec America, Inc. v. House Research Institute Case No. 14K01881** | **Breach of Contract, Unjust Enrichment** | **Los Angeles Superior Court-Central 111N. Hill Street Los Angeles, CA 90012** | **Pending** |
| **Gilda Kalinec v. House Research Institute, a California corporation State Case Number 06-110610 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Caroline Abdala v. House Research Institute, a California corporation State Case Number 06-111489 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Mahnaz Ahmadi v. House Research Institute, a California corporation State Case Number 06-110569 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Meredith Burke v. House Research Institute, a California corporation State Case Number 06-110864 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Erica Rose Canal v. House Research Institute, a California corporation State Case Number 06-111008 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Kristina Celani Russo v. House Research Institute, a California corporation State Case Number 06-111735 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Chelsea Cole v. House Research Institute, a California corporation State Case Number 06-111650 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |

B7 (Official Form 7) (04/13)                                                                                                              6

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Laurie S. Eisenberg v. House Research Institute, a California corporation**<br>**State Case Number 06-110858 CP** | **Civil** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | **Pending** |
| **Elizabeth S. French v. House Research Institute, a California corporation**<br>**State Case Number 06-111027 CP** | **Civil** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | **Pending** |
| **Laurel M. Fisher v. House Research Institute, a California corporation**<br>**State Case Number 05-60505 EE**<br>**\*\*File closed and sent to proper jurisdiction** | **Civil** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | **Pending** |
| **Jamie Glater v. House Research Institute, a California corporation**<br>**State Case Number 06-110868 CP** | **Civil** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | **Pending** |
| **Deanne Hammes Ganguly v. House Research Institute, a California corporation**<br>**State Case Number 06-111466 CP** | **Civil** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | **Pending** |
| **Zahara Jaffer v. House Research Institute, a California corporation**<br>**State Case Number 06-111484 CP** | **Civil** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | **Pending** |
| **Karen C. Johnson v. House Research Institute, a California corporation**<br>**State Case Number 06-110856 CP** | **Civil** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | **Pending** |
| **Federico Kalinec v. House Research Institute, a California corporation**<br>**State Case Number 06-111641 CP** | **Civil** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | **Pending** |

B7 (Official Form 7) (04/13)                                                                                                7

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sung-hee Kil v. House Research Institute, a California corporation State Case Number 06-111406 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **David Lim v. House Research Institute, a California corporation State Case Number 06-111404 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Juan F. Llamas v. House Research Institute, a California corporation State Case Number 06-110861 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Ping Luo v. House Research Institute, a California corporation State Case Number 06-111517 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Welly Makmura v. House Research Institute, a California corporation State Case Number 06-110810 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Amy S. Martinez v. House Research Institute, a California corporation State Case Number 06-110857 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Andrea McArthur v. House Research Institute, a California corporation State Case Number 06-111350 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Elizabeth Moseley v. House Research Institute, a California corporation State Case Number 06-110866 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sandra I. Oba v. House Research Institute, a California corporation State Case Number 06-111186 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Monica Padilla Velez v. House Research Institute, a California corporation State Case Number 06-111686 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Channy Park v. House Research Institute, a California corporation State Case Number 06-111405 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Marilee Potthoff v. House Research Institute, a California corporation State Case Number 06-110842 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Pamela Richardson v. House Research Institute, a California corporation State Case Number 06-111099 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Kenneth Sakai v. House Research Institute, a California corporation State Case Number 06-111071 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Petra Samaniego v. House Research Institute, a California corporation State Case Number 06-111093 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Debra Schrader v. House Research Institute, a California corporation State Case Number 06-110867 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B7 (Official Form 7) (04/13)                                                                                                          9

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Neil Segil v. House Research Institute, a California corporation State Case Number 06-111332 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles** | **Pending** |
| **Barbara G. Serrano v. House Research Institute, a California corporation State Case Number 06-110640 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Robert Shannon v. House Research Institute, a California corporation State Case Number 06-110851 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Rosa Maria Sierra v. House Research Institute, a California corporation State Case Number 06-110847 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Pru Thein v. House Research Institute, a California corporation State Case Number 06-110612 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Margaret Winter v. House Research Institute, a California corporation State Case Number 06-111015 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **Jeong-im Woo v. House Research Institute, a California corporation State Case Number 06-111403 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |
| **John Wygonski v. House Research Institute, a California corporation State Case Number 06-110818 CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |

B7 (Official Form 7) (04/13)                                                                                                      10

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Johnson Controls Inc. v. House Research Institute, A Corporation Case No. 14N12401** | **Collection** | **Superior Court of California, County of Los Angeles Norwalk Branch 12720 Norwalk Blvd. Norwalk, CA 90650** | **Pending** |
| **Rebecca Ferreira v. House Research Institute, a California Corporation State Case No. 06-112763CP** | **Civil** | **Labor Commissioner, State of California Department of Industrial Relations Division of Labor Standards Enforcement 320 W. 4th Street, #450 Los Angeles, CA 90013** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■      returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
       or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■      this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■      and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
       aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                        11

---

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Landau Gottfried & Berger LLP**<br>**1801 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067** | **3/7/2014** | **$30,000.00** |
| **Klee Tuchin  Bodanoff & Stern**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | **7/24/13** | **$20,000.00** |
| **Klee Tuchin  Bodanoff & Stern**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | **8/16/13** | **$18,372.00** |
| **Klee Tuchin  Bodanoff & Stern**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | **9/20/13** | **$35,985.60** |
| **Klee Tuchin  Bodanoff & Stern**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | **10/7/13** | **$100,000.00** |
| **Klee Tuchin  Bodanoff & Stern**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | **1/10/14** | **$50,000.00** |
| **Klee Tuchin  Bodanoff & Stern**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | **2/18/14** | **$50,000.00** |
| **Klee Tuchin  Bodanoff & Stern**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | **June 4, 2014** | **$10,000.00** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Oak Crest Institute of Science**<br>**2275 E. Foothill Blvd.**<br>**Pasadena, CA 91107**<br>  **Business** | **02/10/2014** | **Unpaid equipment returned for full value.**<br>**Valued at $7,000.00.** |

B7 (Official Form 7) (04/13)
12

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Lakeshore Learning Store**<br>**2695 E. Dominguez Street**<br>**Carson, CA 90895**<br>  **Business** | **03/26/2014** | **Unpaid equipment returned for full value.**<br>**Valued at $3,415.74** |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                              13

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
14

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| House Research Institute | 7707 | 2100 W. 3rd St. Los Angeles, CA 90057 | Non-Profit Healthcare Organization | 8/19/1946 - Current |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED

None
☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Hensiek & Carson CPA's | 6650 Sierra Madre Villa, Suite 303 Pasadena, CA 91107 | 6/30/12 |

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None
☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| City National Bank 525 S. Flower St. Los Angeles, CA 90071 | Date Issued: 6/30/2012 |
| Federal Clearing House | Submitted Online at https://harvester.census.gov/fac Date Issued: 6/20/2012 |

B7 (Official Form 7) (04/13)                                                                                                15

**20. Inventories**

None  
�■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  
�■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None  
�■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Wallis Annenberg**<br>**Annenberg Foundation**<br>**2000 Avenue of the Stars, Ste. 1000**<br>**Los Angeles, CA 90067** | **Trustee** | |
| **Lynn Booth**<br>**10431 Bellagio Road**<br>**Los Angeles, CA 90077** | **Trustee** | |
| **James D. Boswell**<br>**House Ear Institute**<br>**2100 West Third Street**<br>**Los Angeles, CA 90057** | **CEO and Trustee** | |
| **Derald E. brackmann, M.D.**<br>**House Clinic**<br>**2100 West Third Street**<br>**Los Angeles, CA 90057** | **Trustee** | |
| **Tina Caruso**<br>**Caruso Affiliated**<br>**101 The Grove Drive**<br>**Los Angeles, CA 90036** | **Trustee** | |
| **Stephen Chandler**<br>**1592 Virginia Road**<br>**San Marino, CA 91108** | **Trustee** | |
| **Malcolm Cutler, Jr.**<br>**Epic Century Benefits**<br>**15901 Hawthorne Blvd., Suiet 200**<br>**Lawndale, CA 90260** | **Trustee** | |
| **David Z. D'Argenio**<br>**511 Vaquero Road**<br>**Arcadia, CA 91007** | **Vice Chair** | |
| **Joan Flax**<br>**55 N. Beverly Parkway**<br>**Beverly Hills, CA 90210** | **Trustee** | |

B7 (Official Form 7) (04/13)                                                                                    16

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Hayman**<br>**6020 Bonsall Drive**<br>**Malibu, CA 90265** | **Trustee** | |
| **John House, M.D.**<br>**House Clinic**<br>**2100 West Third Street**<br>**Los Angeles, CA 90057** | **Trustee** | |
| **David H. Koch**<br>**Kock Industries**<br>**667 Madison Avenue, 22nd Floor**<br>**New York, NY 10065** | **Trustee** | |
| **William Luxford, M.D.**<br>**House Clinic**<br>**2100 West Third Street**<br>**Los Angeles, CA 90057** | **Trustee** | |
| **Catherine D. Meyer**<br>**759 31st Street**<br>**Manhattan Beach, CA 90266** | **Chair** | |
| **Patricia Moller**<br>**2210 Century Hill**<br>**Los Angeles, CA 90067** | **Trustee** | |
| **Carmen Puliafito**<br>**USC Keck School of Medicine**<br>**1975 Zonal Avenue KAM 500**<br>**Los Angeles, CA 90033** | **Trustee** | |
| **Laurence G. Preble**<br>**1318 Alpine Avenue**<br>**Boulder, CO 80304** | **Trustee** | |
| **Edward P. Roski**<br>**13191 Crossroads Pkwy. N.**<br>**6th. Floor**<br>**La Puente, CA 91746** | **Trustee** | |
| **Charlotte Schamadan**<br>**301 N. Oakcliff Road**<br>**Monrovia, CA 91016** | **Secretary** | |
| **Forest Smith**<br>**1800 Port Wheeler Place**<br>**Newport Beach, CA 92660** | **Trustee** | |
| **John Thomas**<br>**1413 1/2 W. Kenneth Road., #232**<br>**Glendale, CA 91201** | **Trustee** | |
| **Tomilee Tilley Gill**<br>**5000 E. Spring Street**<br>**Long Beach, CA 90815** | **Trustee** | |
| **James Twerdhal**<br>**214 South McFadden Place**<br>**Los Angeles, CA 90004** | **Vice Chair** | |
| **William Witte**<br>**4516 Palm Drive**<br>**La Canada Flintridge, CA 91011** | **Treasurer** | |
| **Peter Wu, Ph.D.**<br>**9650 Flair Drive**<br>**El Monte, CA 91731** | **Trustee** | |

B7 (Official Form 7) (04/13)                                                                                                                    17

---

**22 . Former partners, officers, directors and shareholders**

None
■       a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                                        DATE OF WITHDRAWAL

None
☐       b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Tim Conver**<br>**181 W. Huntington Dr. Ste.202**<br>**Monrovia, CA 91016** | | **Term expired October 2013 - not renewed** |
| **John Keatley**<br>**605 E. Huntington Dr. Ste 205**<br>**Monrovia, CA 91016** | | **October 2013** |
| **James Rothenberg**<br>**333 S. Hope St.,**<br>**55th Floor**<br>**Los Angeles, CA 90071** | | **Resigned 12/2013** |
| **Stafford Grady**<br>**3639 E. California Blvd.**<br>**Pasadena, CA 91107** | **Emeritus Board member** | **Deceased February or March 2014** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■       If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■       If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☐       If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **METLIFE (Current plan):**<br>**Contract/ID # 1009868-01** | |
| **TIAA-CREF (old plan terminated 06/30/2010):**<br>**TDA #368746**<br>**DC #368745**<br>**457 #368747** | |
| **METLIFE  (old plan terminated 06/30/2010):**<br>**Contract/ID # 1010052**<br>**EIN # 010360259**<br>**Each participant has their own account number for their personal account** | |

---

B7 (Official Form 7) (04/13)

\* \* \* \* \* \*

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____6/11/14_____          Signature _____/s/ J. Boswell_____

James Boswell
**Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **House Research Institute, a California nonprofit public benefit corporation** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 30,000.00 |
| Prior to the filing of this statement I have received | $ 30,000.00 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_June 11, 2014_                                    _Jon Dalberg_
Date                                               Jon L.R. Dalberg
                                                   *Signature of Attorney*
                                                   **Landau Gottfried & Berger LLP**
                                                   *Name of Law Firm*
                                                   **1801 Century Park East**
                                                   **Suite 700**
                                                   **Los Angeles, CA 90067**
                                                   **(310) 557-0050  Fax: (310) 557-0056**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jon L.R. Dalberg (SBN 128259)<br>Landau Gottfried & Berger LLP<br>1801 Century Park East<br>Suite 700<br>Los Angeles, CA 90067<br>(310) 557-0050 Fax: (310) 557-0056<br>Email: jdalberg@lgbfirm.com<br><br><br><br><br><br>*Attorney for: Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>House Research Institute, a California nonprofit public benefit corporation | CASE NO:<br><br>CHAPTER: __7__ |
|---|---|
| | **DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1** |
| Debtor(s). | [No Hearing Required] |

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* __March 7, 2014__, I agreed with the Debtor that for a fee of $ __30,000.00__, I would provide the following services only:

    a. ☒  Prepare and file the Petition and Schedules

    b. ☒  Represent the Debtor at the 341(a) Meeting

    c. ☐  Represent the Debtor in any relief from stay motions

    d. ☐  Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e. ☐  Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f. ☐  Other *(specify)*:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

3.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.

Date:    June 11, 2014

I HEREBY APPROVE THE ABOVE:

_____
Signature of Debtor

Landau Gottfried & Berger LLP
_____
Printed name of law firm

_____
Signature of attorney

Jon L. R. Dalberg
_____
Printed name of attorney

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

Verification of Creditor Mailing List - (Rev. 10/05)          2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      Jon L.R. Dalberg

Address   1801 Century Park East Suite 700 Los Angeles, CA 90067

Telephone   (310) 557-0050 Fax: (310) 557-0056

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>House Research Institute, a California nonprofit public benefit corporation<br>FKA House Ear Institute | Case No.: |
| | Chapter:          7 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __32__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   6/11/14

_James Boswell, Chief Executive Officer_
Signer/Title

Date:   June 11, 2014

Signature of Attorney
Jon L.R. Dalberg
Landau Gottfried & Berger LLP
1801 Century Park East
Suite 700
Los Angeles, CA 90067
(310) 557-0050   Fax: (310) 557-0056

.

401 (k) Advisors
120 Vantis  Suite 400
Aliso Viejo, CA 92656


ABCAM Inc
PO BOX 3460
Boston, MA 02241-3460


Abel Andrade
2316 S  bronson Ave
Los Angeles, CA 90018


Acco Engineering Systems
6265 San Fernando Rd
Glendale, CA 91201-2214


Active Motif
1914 Palomar Oaks Way
Carlsbad, CA 92008


Addgene Inc
1 kendall Sq  Bldg 600
3rd Floor
Cambridge, MA 02139


Advance Bionics LLC
PO BOX 5131
Carol Stream, IL 60197-5131


Advocure
1874 Greenhill Dr
Clearwater, FL 33758-2206

Agilent Technologies Inc
PO Box 742108
Los Angeles, CA 90074-2108


Air Treatment Corp
957 Lawson Street
Rowland Heights, CA 91748


Akiko Amano
4084 Ivey Vista Way
Oceanside, CA 92057


America Otological Society
1980 Warson
Springfield, IL 62704


Amy S  Martinez
11469 Rose Avenue
Los Angeles, CA 90066


Ana J  Cordero Sosa
851 Sunset Ave  #189
West Covina, CA 91790


Ancare Corporation
PO BOX 814
Bellmore, NY 11710-0814


Anderson Ice Company
3617 W  Jefferson Blvd
Los Angeles, CA 90016

Andrea McArthur
3115 Merrill Dr
#33
Torrance, CA 90503


Andrews International  Inc
PO BOX 935461
Atlanta, GA 31193-5461


Arrowhead Drinking Water
PO BOX 856158
Louisville, KY 40285-6158


ARS Enterprises
12900 Lakeland Road
Santa Fe Springs, CA 90670


Arya Parsa
11206 Amarillo St
Rancho Cucamonga, CA 91701


Audiometrics
Godon N  Stowe & Associates
586 Palwaukee Drive
Wheeling, IL 60090


Audrey Nguyen
26181 Sanz
Unit D #372
Mission Viejo, CA 92603


Barbara Serrano
4548 Cleland Avenue
Los Angeles, CA 90065

Baylor College of Medicine
Mail Stop: BCM295
Attn: Andy Groves Ph D
Houston, TX 77030


Biomedical Research Inst
PO BOX 10130
Silver Spring, MD 20914


Blackbaud
PO BOX 930256
Atlanta, GA 31193-0256


Blakely  Sokoloff  Taylor & ZAFM
12400 Wilshire Blvd
Seventh Floor
Los Angeles, CA 90025-1026


Bradley Lebel
21854 S  Vermont Ave
Unit 5
Torrance, CA 90502


Braun Linen Service Inc
PO BOX 348
16530 S  Garfield
Paramount, CA 90723


C&C Biopharma - Ziaojian Chen
2011 W  3rd St   Suite 303
Los Angeles, CA 90057


Camden Group
100 N  Sepulveda Blvd   Suite 600
El Segundo, CA 90245

Carl Zeiss Microscopy  LLC
General Post Office
PO Box 5943
New York, NY 10087-5943


Caroline Abdala
404 E  Las Flores Dr
Altadena, CA 91001


Carrier Corporation
PO BOX 93844
Cust Code: H37588
Chicago, IL 60673-3844


CBRE Inc
2700 Post Oak Blvd  Ste 250
Houston, TX 77056


Cell Signaling Technology
PO BOX 3843
Boston, MA 02241-3843


Channy Park
2048 Ward St
Fullerton, CA 92833


Charlene Cruz
5248 Hammill Road
El Monte, CA 91732


Charles River Laboratories
G P O  Box 27812
New York, NY 10087-7812

Chelsea Cole
1245 n Laurel Ave #7
Los Angeles, CA 90046


Childrens Tumor Foundation
95 Pine St  Fl 16
New York, NY 10005-3904


City National Bank
Credit Card Processing Cente
File 1365
Pasadena, CA 91199-1355


City of Hope
1500 East Duarte Road
Duarte, CA 91010


Clontech Labs Inc
PO BOX45794
San Francisco, CA 94145


Cochlear Americas
P O Box 910811
Denver, CO 80291-0811


Corte Instruments LLC
1448 NE Mable CT
Bend, OR 97701


Culligan of Sylmar
Lockbox Processing
PO BOX 2903
Wichita, KS 67201-2903

Daigger & Company Inc   A
37120 Eagle Way
Chicago, IL 60678-1371


Dako North America  Inc
PO BOX 200102
Pittsburgh, PA 15251-0102


Daniel Graham
1144-A Chelsea Ave
Santa Monica, CA 90403


David Landsberger
441 East 87th St
New York, NY 10128


David Lim
775 Panorama Pl
Pasadena, CA 91105


Deanne Hammes Ganguly
2417 Bradley Avenue
Claremont, CA 91711


Debra Shrader
1201 Alta Paseo
Burbank, CA 91501


Dell Marketing L P
PO BOX 910916
Pasadena, CA 91110-0916

Denville Scientific Inc
PO BOX 4588
Metuchen, NJ 08840-4588


Devl  Studies Hybridoma Bank
Dept  Biol  Sci  s
University of Iowa
028 Biology Bldg  East
Iowa City, IA 52242-1324


Digi-Key Corporation
PO BOX 250
Thief River Falls, MN 56701-0250


Dr  Michael Stefan
515 N  Detroit St
Suite 260
Los Angeles, CA 90036


Eco Lab Pest Elim  Div
Pest Elimination Division
26252 Network Place
Chicago, IL 60673-1262


Electron MIcroscopy Sciences
PO BOX 550
1560 Industry Rd
Hatfield, PA 19440


Elizabeth Moseley
323 S  Lafayette Park Pl
#112
Los Angeles, CA 90057


Elizabeth S  French
2067 Chilton Drive
Glendale, CA 91201

Ellen L  Narver
2050 Delrosa Drive
Los Angeles, CA 90041


EMD Millipore Coporation
25802 Network Place
Chicago, IL 60673


Emtech Laboratories
PO BOX 12900
Roanoke, VA 24022-2900


England Physical Therapy
12465 Lewis St  Ste 101
Garden Grove, CA 92840


Epic Hearing Healthcare
3191 W Temple Ave  Ste 200
Pomona, CA 91768


Eppendorf north America  Inc
4102988828
PO BOX 13275
Newark, NJ 07101-3275


Erica Rose Canal
16602 E  Masline St
Covina, CA 91722


Eurofins MWG Operon Inc
13489 Collections Center Dr
Chicago, IL 60693

Evoqua Water Technologies LLC
(Siemens)
PO BOX 360766
Pittsburgh, PA 15250-6766


Examinetics Inc
PO BOX 410047
Kansas City, MO 64141-0047


Federico Kalinec
8227 Gulana Avenue
Playa Del Rey, CA 90293


FEI Company
9066 Paysphere Circle
Chicago, IL 60674


Finestone & Richter
1875 Century Park East
Suite 1500
Los Angeles, CA 90067


Fisher Scientific
FILE # 50129
Acct # 370830-001
Los Angeles, CA 90074-0129


Fred Linthicum
24150 Malibu Rd
Malibu, CA 90265


Freedom Imaging
1401 E Ball Road
Ste E
Anaheim, CA 92805

Fujitec America  Inc
1930 Paysphere Circle
Chicago, IL 60674


Fujitec America  Inc  c/o
Cates Peterson LLP
4100 Newport Place
Suite 230
Newport Beach, CA 92660


Galloway
P O  Box 3212
Spartanburg, SC 29304-3212


Gates Capital
Attn: Municipal Finance Dept
100 Park Ave   22nd Floor
New York, NY 10017


Genesee Scientific
8430 Juniper Creek Lane
San Diego, CA 92126


Gilbert M  Ruiz MD
4775 Hamilton Wolfe  Bldg 1
San Antonio, TX 78229


Gilda Kalinec
8227 Gulana Avenue
Playa Del Rey, CA 90293


Gilmore Liquid Air COmpany
9503 E  Rush St
South El Monte, CA 91733-1536

Harbor Pointe Air Conditioning
20914 Bake Parkway
#110
Lake Forest, CA 92630


Harlan
3565 Paysphere Circle
Chicago, IL 60674


Hearing Health Foundation
363 Seventh Avenue  10th Floor
New York, NY 10001-3904


House Ear Clinic
2100 W  3rd St
Suite 111
Los Angeles, CA 90057


House Ear Clinic  Inc
2100 W  3rd St  Ste 111
Los Angeles, CA 90057


Ice Machine Sales & Service
5250 East Washington Blvd
Los Angeles, CA 90040-3965


IDEXX Distribution
PO Box 101327
Atlanta, GA 30392-1327


Idville
5376 52nd Street SE
Grand Rapids, MI 49512

Integra Biosciences Corp
2 Wentworth Drive
Hudson, NH 03051


Integrated DNA Technologies
25104 Network Place
Chicago, IL 60673-1251


Ipressroom Corporation
13482 Maxella Avenue
Suite 222
Marina Del Rey, CA 90292


Jamie Glater
1238 10th Styreet #4
Santa Monica, CA 90401


Janice Loggins
90 Reever Way
Altadena, CA 91001


Jeon-Im Woo
8248 Graham Green
Buena Park, CA 90621


Jeremie Vitte
5365 San Vicente Blvd  #212
Los Angeles, CA 90019


Jet Pets inc
9111 Falmouth Ave
Playa Del Rey, CA 90293-8901

Joanne Perlmutter
208 S  Camden Dr
Beverly Hills, CA 90212


John J  Galvin III
1145 N  Ogden Drive #205 W
Los Angeles, CA 90046


John Wygonski
1956 La France
South Pasadena, CA 91030


Johnson Controls
PO BOX 730068
Dallas, TX 75373


Johnson Controls
c/o John D  Guerrini
The Guerrini Law Firm
106 South Mentor Ave   Suite150
Pasadena, CA 91106


Josefina Cervantes
8721 Lyndora St  Apt  A
Downey, CA 90242


Juan F  Llamas
12507 Rose Drive
Whittier, CA 90601


Kalinec Federico
8227 Gulana Ave
Playa Del Rey, CA 90293

Kapabiosystems Inc
600 West Cummings Park
Suite 2250
Woburn, MA 01801


Karen C  Johnson
791 E  California Bl
Pasadena, CA 91106


Karen Dunphy
428 S  Canon Drive Apt  A
Beverly Hills, CA 90212


Karo Tanaka
123 S  Figueroa St  #322
Los Angeles, CA 90012


Kathlynn Arms
P O  Box 745
Monterey Park, CA 91754


Kenneth Sakai
2610 E  Orange Grove Blvd
Arcadia, CA 91007


Knobbe Martens Olson & Bear LL
2040 Main St   14th Floor
Irvine, CA 92614


Kristina Celani Rousso
1010 Elgrove Avenue #3
Venice, CA 90291

Kroll Background America  Inc
PO BOX 847514
Dallas, TX 75284-7514


Laurel Fisher
2067 Chilton Drive
Glendale, CA 91201


Laurie S  Eisenberg
503 E  Tujunga Ave   Unit 1
Burbank, CA 91501


LEICA Microsystems  Inc
14008 Collections Center Drive
Chicago, IL 60693


Leticia Saldana
275 E  48th Street
Los Angeles, CA 90011


LG & M Electric Inc
216 S  Heliotrope Avenue
Monrovia, CA 91016


Li-Cor Inc
PO BOX 82651
Lincoln, NE 68501-2651


Life Technologies
Bank of America Lockbox Svs
12088 Collections Center Dr
Chicago, IL 60693

Lincoln National Life Ins  Co
PO BOX 0821
Carol Stream, IL 60132


Littler Mendelson  P C
P O  Box 45547
San Francisco, CA 94145-0547


Loma Linda Univ Med Ctr
Dpt of Otolaryngology
11234 Anderson St  #2586a
Loma Linda, CA 92354


Los Angeles County Tax Collector
225 n Hill St  Rm 122
PO BOX 514818
Los Angeles, CA 90051-4818


Louie Avila
1304 S Halinor Ave
West Covina, CA 91790


Mahnaz Ahmadi
117 S Doheny Dr  APR 303
Los Angeles, CA 90048


Marco Giovanni
18049 Coastline Dr  32
Malibu, CA 90265


Margeret Winter
428 Jacinto St
Redlands, CA 92373

Marian Rush
2173 W  25th Street
Los Angeles, CA 90018


Marilee Potthoff
7485 Henefer Ave
Los Angeles, CA 90045


Marisol Escudero
676 W Florence Ave
Los Angeles, CA 90044


Mary Jane Chua
21854 S  Vermont Ave  Unit 5
Torrance, CA 90502


Maya E  Monges-Hernandez
1036 E  Covina Hills Road
Covina, CA 91724


Mecanusa  Inc
7310 Ranchito Ave
Van Nuys, CA 91405


Meredith Burke
4633 New York Ave
La Crescenta, CA 91214


Metro Service South
413 NW 69th Street
Vancouver, WA 98668

Michael Macaranas
P O  Box 12842
La Jolla, CA 92039


Microsonic
2960 Duss Ave
Ambridge, PA 15003


Midwest Scientific
PO BOX 11750
Saint Louis, MO 63105


Monica Padilla Velez
14005 Bayside Drive
#9
Norwalk, CA 90650


Mouser Electronics
Payment Processing Center
PO BOX 99319
Fort Worth, TX 76199-0319


Nancy J  Hoffman
853 12th Street
Unit A
Santa Monica, CA 90403


National Instruments Corporation
PO BOX 202262
Dallas, TX 75320-2262


Navajo County Treasurer Office
PO BO X668
Holbrook, AZ 86025-0668

NCS Pearson Inc
13036 Collection Center Drive
Chicago, IL 60693


Neil Segil
2440 Santa Fosa Ave
Altadena, CA 91001


Nesher Technologies
Dr Amir Remair
10100 Santa Monica Boulevard #300
Los Angeles, CA 90067


New England Biolabs Inc
PO BOX 3933
Boston, MA 02241-3933


Newco Distributors Inc
10700 7th Street
Rancho Cucamonga, CA 91730


NF2 Advocure  Inc
1874 Greenhill Dr
Clearwater, FL 33758-2206


Nicole Saucedo
10618 Anzac Ave
Los Angeles, CA 90002


NOHR Foundation
P O  BOX 421
Narberth, PA 19072

Novartis Pharmaceuticals Corp
OTM RESEARCH ALLIANCE
USEH 335
310 E One Health Plaza
East Hanover, NJ 07936-1080


NOVUS Biologicals
PO BOX 802
Littleton, CO 80160


O Ray
2285 E Foothill Blvd
Pasadena, CA 91107


Odin Metrology Inc
3533 Old Conejo Road
Suite 125
Newbury Park, CA 91320


Optimal Phone Interpreters
PO BOX 20505
Tampa, FL 33622


Oticon Medical LLC
580 Howard Avenue
Somerset, NJ 08873


Pamela Richardson
2402 Graham Ave #A
Redondo Beach, CA 90278


Parker Boiler Co
5930 Bandini Blvd
Los Angeles, CA 90040

Patricia Lisseth Joya
8911 S Baring Cross Street
Los Angeles, CA 90044


Petra Samaniego
10523 Lower Azusa Rd
Temple City, CA 91780


Pharmo Products Inc
Department 267501
PO BOX 67000
Detroit, MI 48267-2675


Ping Luo
13310 Felson Pl
Cerritos, CA 90703


Professional Office Services
PO BOX 450
Waterloo, IA 50704-0450


Promega Corporation
PO BOX 689768
Chicago, IL 60695-9768


Pru Thein
5521 Robinhood Ave
Temple City, CA 91780


Purchase Power
PO BOX 371874
Pittsburgh, PA 15250-7874

Qianjie Fu
4936 INDIANOLA WAY
La Canada Flintridge, CA 91011


Quality Laboratories
PO BOX 802
Littleton, CO 80160


Quality Systems Inc  / Nextgen
P O Box 511449
Los Angeles, CA 90051


Radha Kalluri
425 Wistaria Place
Altadena, CA 91001


Rebecca Gerten-Ferreira
1557 Golden Ave
Hermosa Beach, CA 90254


Regency Enterprises  Inc
Dept  Ch 16786
Palatine, IL 60055-6786


Regents of the University of CA
Attn: Director of Real Estate
10920 Wilshire Blvd  Suite 810
Los Angeles, CA 90024


Research For Life LLC
2230 E  Magnolia St
Phoenix, AZ 85034

Research Products Intl
PO BOX 95169
Palatine, IL 60095-0169


Retrogen  Inc
6645 Nancy Ridge Dr
San Diego, CA 92121


Robert Rainey
2402 Graham Ave  #A
Redondo Beach, CA 90278


Robert Shannon
5112 Crown Ave
Pasadena, CA 91101


Roberta M  Leyvas
1304 S  Halinor Ave
West Covina, CA 91790


Roche Diagnostics Corp
P O  Box 75341
Chicago, IL 60675-5341


Rosa Maria Sierra
4927 Elizabeth jSt
Bell Gardens, CA 90201


Roto-Rooter Plumbing
Hoffman Southwest Corp
925 W  Hyde Park
Inglewood, CA 90301

```
Ryder Transportation Svcs
Lockbox File 56347
Los Angeles, CA 90047-6347


Saint Vincent Medical Center
2100 West Third Street
Los Angeles, CA 90057


Saint Vincent Radiological Med
P O Box 19130
Newbury Park, CA 91319-9130


Sally A  Helmerich
14906 Genoa Street
Sylmar, CA 91342


Sambar  Inc  - Sam Miller
2100 W  3rd St
Suite 190
Los Angeles, CA 90057


Sandbox Technologies  Inc
18411 Crenshaw Blvd  Suite 100
Torrance, CA 90504


Sandbox Technologies  Inc  c/o
Leigh A  Stepp
Anwyl  Scoffield & Stepp
P O  Box 269127
Sacramento, CA 95826-9127


Sandra I  Oba
3527 Corinth Avenue
Los Angeles, CA 90066
```

Santa Cruz Biotechnology
2145 Delaware Avenue
Santa Cruz, CA 95060


Servicon Systems  Inc
3965 Landmark Street
Culver City, CA 90232


Sharefile
701 Corporate Center Drive
Suite 300
Raleigh, NC 27607-5238


Siemens Industry  Inc
c/o Citibank (Bldg Tech)
PO BOX 2134
Carol Stream, IL 60132-2134


Sigma Aldrich Inc
PO BOX 535182
Atlanta, GA 30353-5182


Sign Industries
2101 Carrillo Privado
Ontario, CA 91761


Smile Makers
PO BOX 2543
Spartanburg, SC 29304-2543


St  Vincent Hospital
2100 W  3rd St
Los Angeles, CA 90057

Staples Business Advantage
DEPT LA
PO BOX 83689
Chicago, IL 60696-3689


Starkey Laboratories  Inc
PO BOX 9457
Minneapolis, MN 55440


Steris Corporation
PO BOX 644063
Pittsburgh, PA 15264-4063


Sung-Hee Kil
2272 Clark Drive
Fullerton, CA 92833


Sung-Kyun Moon
2519 Regency Circle
Fullerton, CA 92833


Supreme Graphics  Inc
3403 Jack Northrop Ave
Hawthorne, CA 90250


Susanna Y  Lam
1245 S  Orange Grove
Apt  #1
Pasadena, CA 91105


Sutter Instrument
One Digital drive
Novato, CA 94949

Takahiro Ohyama
195 S  Wilson Ave
#9
Pasadena, CA 91106


Tao Kwan
P O  Box 93838
Pasadena, CA 91109


Technical Safety Services Inc
Dept 33265
PO BIOX 39000
CA 91439-3265


Terri Hashimoto
2321 College View Dr
Monterey Park, CA 91754


The Jackson Laboratory
Bank of America / Jackson Lab
90260 Collection Centre Dr
Chicago, IL 60693


The Sheridan Press
PO BOX 414784
Boston, MA 02241-4784


Thermo Fisher Scientific Bioscience
13930 Collections Center Dirve
Chicago, IL 60693


Toru Mira
148 N  Mar Vista Ave
Pasadena, CA 91106

Transit Air Cargo Inc
2204 East Fourth St
Santa Ana, CA 92705


Triangle Biomedical
3014 Croasdaile Dr
Durham, NC 27705-2507


United Parcel Service
P O Box 89420
Los Angeles, CA 90189


University of California Irvine
Medical Ctr Dept  Of Otolaryng
101 City Drive S   Bldg  25
Orange, CA 92868


USA Scinetific Inc
PO BOX 30000
Orlando, FL 32891-8210


USC
Sponsored Projects Accounting
FILE 52095
Los Angeles, CA 90074-2095


USC Cancer Center Business Office
Flow Cytometry  NRT LG 509
MC 9602  1450 Biggy Street
Los Angeles, CA 90033-9602


USC Trojan Bookstores
3716 Hope Street
Ran 101-MC7701
Los Angeles, CA 90089-7701

Vector Laboratories Inc
30 Ingold Rd
Burlingame, CA 94010


Vector Security Inc
PO BOX 89462
Cleveland, OH 44101-6462


VetEQUIP inc
P O Box 10785
Pleasanton, CA 94588-0785


Vincent M  Riccardi  M D
The Neurofibromat Osis
5415 Briggs Avenue
La Crescenta, CA 91214


VWR International
P O  Box 64016
WI 54264


Wahers Internation LTD
PO BOX 2096
Davis, CA 95617-2096


Water Chemists
7834 Irwingrove Drive
Downey, CA 90241


Welly Makmura
6317 Lemon Ave
San Gabriel, CA 91775

Westone Laboratories  Inc
P O  Box 15100
Colorado Springs, CO 80935


Wilshire Blvd  Temple Camp
3663 Wilshire Blvd
Attn: Rose Livae
Los Angeles, CA 90010-2798


WMHS Vernon Collection
PO BOX 660345
Dallas, TX 75266


Workcare
Occupational Health Care Consu
300 South Harbor  Suite 600
Anaheim, CA 92805


Wrights Supply  Inc
640 Allen Avenue
Glendale, CA 91201


Xerox Capital Services  LLC
P O  Box 7405
Pasadena, CA 91109-7405


Xiaosong Wang
4936 Indianola Way
La Canada Flintridge, CA 91011


Yen-Jung Chen
411 W  Seaside Way #603
Long Beach, CA 90802

Yoo Jin Lee
532 N Mariposa Ave
#103
Los Angeles, CA 90004


Zahara Jaffer
275 S Arroyo Pkwy
#318
Pasadena, CA 91105


Zlatka Stojanova
501 West Olympic Blvd Apt 414
Los Angeles, CA 90015


Zymo Research Corporation
17062 Murphy Avenue
Irvine, CA 92614

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jon L.R. Dalberg**<br>**Landau Gottfried & Berger LLP**<br>**1801 Century Park East**<br>**Suite 700**<br>**Los Angeles, CA 90067**<br>**(310) 557-0050 Fax: (310) 557-0056**<br>**Email: jdalberg@lgbfirm.com**<br>California State Bar Number: **128259** | |

☒ *Attorney for: Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**House Research Institute, a California nonprofit public benefit corporation**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:   7

**CORPORATE OWNERSHIP STATMENT
PURSUANT TO  FRBP 1007(a)(1)
and 7007.1, and LBR 1007-4**

[No hearing]

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,    **James Boswell**                          , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☒ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.     ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<u>June 11, 2014</u>
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **James Boswell**
        Printed name of Debtor, or attorney for
        Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jon L.R. Dalberg<br>Landau Gottfried & Berger LLP<br>1801 Century Park East<br>Suite 700<br>Los Angeles, CA 90067<br>(310) 557-0050 Fax: (310) 557-0056<br>128259<br>☒ Attorney for: Debtor | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>    House Research Institute, a California nonprofit public benefit<br>corporation<br><div align="right">Debtor(s).</div> | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |

<div align="center">

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

</div>

| | | |
|---|---|---|
| [x] | Petition, statement of affairs, schedules or lists | Date Filed: __June 12, 2014__ |
| [ ] | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| [ ] | Other: _____ | Date Filed: _____ |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     ___6/11/14___
Signature of Authorized Signatory of Filing Party           Date

**James Boswell**
_____
Printed Name of Authorized Signatory of Filing Party

**Chief Executive Officer**
_____
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     ___June 11, 2014___
Signature of Attorney for Filing Party           Date

**Jon L.R. Dalberg**
_____
Printed Name of Attorney for Filing Party

<div align="center">

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

</div>

_November 2006_