1  UZZI O. RAANAN (State Bar No. 162747)
   *uraanan@dgdk.com*
2  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   1900 Avenue of the Stars, 11th Floor
3  Los Angeles, California 90067-4402
   Telephone:   (310) 277-0077
4  Facsimile:   (310) 277-5735

5  Attorneys for John J. Menchaca,
   Chapter 7 Trustee

6

**FILED & ENTERED**

**APR 07 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

7                                              **CHANGES MADE BY COURT**

8                       **UNITED STATES BANKRUPTCY COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10                            **LOS ANGELES DIVISION**

11  In re                              | Case No. 2:14-bk-21532-RK

12  TIFKAH, fka THE HOUSE RESEARCH     | Chapter 7
    INSTITUTE,
13                                     | **ORDER AUTHORIZING**
              Debtor.                  | **CHAPTER 7 TRUSTEE'S APPLICATION**
14                                     | **TO EMPLOY LAW OFFICE OF PHILIP**
                                       | **DRACHT LLP, AS SPECIAL**
15                                     | **LITIGATION COUNSEL FOR CHAPTER**
                                       | **7 TRUSTEE ON A CONTINGENCY FEE**
16                                     | **BASIS SUBJECT TO MODIFICATION**
                                       | **UNDER 11 U.S.C. § 328 [11 U.S.C. § 328]**
17                                     | **[DOC. NO. 161]**

18                                     | [No Hearing Required]

19

20       John J. Menchaca, Chapter 7 Trustee (the "Trustee") for the estate of House Research

21  Institute, a California non-profit public benefit corporation fka House Ear Institute (the "Debtor"),

22  has filed his application (the "Application") for an order authorizing the employment of the

23  Law Office of Philip Dracht, as his special litigation counsel ("Dracht" or "counsel") (*doc. no. 161*)

24  on a contingency fee basis pursuant to 11 U.S.C. § 328.  It appears from the Application that it is

25  necessary that the Trustee employ counsel, that said counsel represents no interest adverse to the

26  Debtor, the estate or any creditors in the matter upon which counsel is to be engaged, and that the

27  employment of Dracht is in the best interest of the estate.  It also appears that due and proper notice

28  of the Application was given to the Debtor, its counsel, the United States Trustee, the 20 largest

1408838.1  26188                              1

1  unsecured creditors, and all parties in interest.  It also appears that no objections or requests for

2  hearing with respect to the Application have been filed.  It appearing that good cause exists,

3      **IT IS ORDERED:**

4      1.      The Application is granted in its entirety.

5      2.      The Trustee is authorized to employ Dracht as his special litigation counsel at the

6  expense of the estate on a contingency fee basis under 11 U.S.C. § 328, upon the terms described in

7  the Application, but to the extent, Dracht seeks compensation on an hourly fee basis upon the terms

8  described in paragraph 9(a) of the Application, such compensation is subject to review under 11

9  U.S.C. § 330.

10      3.      The compensation to be awarded to Dracht shall be upon the terms and conditions

11  set forth in the Application, subject to approval by the Court after notice and a hearing as may be

12  required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local

13  Bankruptcy Rules for the Central District of California and the practice and procedure of this

14  Court.

15

16                                                  ###

17

18

19

20

21

22

23

24  Date: April 7, 2017

25                                                  _____
                                                    Robert Kwan
                                                    United States Bankruptcy Judge

26

27

28