DAVID A. GILL (State Bar No. 032145)
*dgill@dgdk.com*
UZZI O. RAANAN (State Bar No. 162747)
*uraanan@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for John J. Menchaca,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 02 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TIFKAH, fka THE HOUSE RESEARCH INSTITUTE,<br><br>            Debtor. | Case No. 2:14-bk-21532-RK<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH RICK CARUSO AND TINA CARUSO [DOC. NO. 164]**<br><br>[No Hearing Required Pursuant to LBR 9013-1(o)] |

On April 7, 2017, John J. Menchaca, Chapter 7 Trustee (the "Trustee") for the estate of House Research Institute, a California non-profit public benefit corporation fka House Ear Institute (the "Debtor"), filed a notice of motion and motion (the "Motion") pursuant to Fed. R. Bankr. P. 9019 and L.B.R. 9013-1(o), for an Order approving the Trustee's settlement agreement (the "Settlement Agreement") with Rick Caruso and Tina Caruso  ("Settling Parties") (*doc. no. 164*).

The Court having read and considered the Motion, the Settlement Agreement attached to the Motion as Exhibit "1" and the other papers filed in this case, having founds that notice of the Motion was adequate and proper and having noted the lack of any response to the Motion, good cause appearing therefor, it is hereby

**ORDERED THAT:**

1.      The Motion is granted in its entirety;

2.      The terms of the Settlement Agreement between the Settling Parties and the Trustee are approved;

3.      The Trustee is authorized to enter into the Settlement Agreement with the Settling Parties, a copy of which is attached as Exhibit "1" to the Motion;

4.      The Trustee and the Settling Parties are authorized to execute all documents and to take any action reasonably necessary to effectuate the Settlement Agreement; and

5.      This Court shall retain jurisdiction and authority to resolve all future disputes involving the Settlement Agreement, including entry of a Judgment in the event of breach.

###

Date: May 2, 2017

_____
Robert Kwan
United States Bankruptcy Judge