|  | FOR COURT USE ONLY |
|---|---|
|  | **FILED**<br>MAY 10 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:             Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Name of Debtor(s) listed on the bankruptcy case:<br><br>S. Mahnaz Ahmadi | CASE NO.: 2:14-bk-21532-RK<br>CHAPTER: |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☒ Debtor    ☐ Joint-Debtor    ☐ Creditor

    Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
    Name(s): Sejedeh Mahnaz Ahmadi
    Mailing Address: 5325 Falls Way, Apt. D
    City, State, Zip Code: Buena Park, CA 90621

3. **New Address:**
    Mailing Address: 38270 Mendocino Way
    City, State, Zip Code: Palmdale, CA 93550

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

    Debtor's DeBN account number _____

    Joint Debtor's DeBN account number _____

Date: 5/3/17    Sejedeh Mahnaz Ahmadi
    Requestor's printed name(s)

    /s/ Ahmadi
    Requestor's signature(s)

    _____
    Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                   F 1002-1.3.CHANGE.ADDRESS