WALTER K. OETZELL (State Bar No. 109769)
woetzell@dgdk.com
UZZI O. RAANAN (State Bar No. 162747)
uraanan@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:  (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for John J. Menchaca, Ch. 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | ) Case No. Case No. 2:14-bk-21532-RK |
|---|---|
| TIFKAH, fka THE HOUSE RESEARCH INSTITUTE,<br>        Debtor | ) Chapter 7<br>) **NOTICE OF MOTION OF CHAPTER 7 TRUSTEE (1) FOR ORDER APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND DEFENDANTS AND (2) APPROVING PAYMENT OF LITIGATION EXPENSES AND CONTINGENCY FEES TO TRUSTEE'S COUNSEL; DECLARATION OF JOHN J. MENCHACA; AND REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT THEREOF**<br>) Date:  August 1, 2017<br>) Time:  3:00 p.m.<br>) Place:  255 East Temple Street<br>)          Courtroom "1675"<br>)          Los Angeles, California 90012 |

TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on August 1, 2017 at 3:00 p.m. in Courtroom 1675 of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California, John J. Menchaca, the Trustee (the "Trustee" or "Plaintiff") for the Chapter 7 bankruptcy estate of TIFKAH, fka The House Research Institute, (the "Estate") will move (the "Motion") the Court,

-1-

1438064.1  26188

pursuant to rule 9019 of the Federal Rules of Bankruptcy Procedure, for an Order approving the Settlement (the "Settlement Agreement" or "Settlement") between the Trustee, on the one hand, and Defendants Lynn Booth, James D. Boswell, Derald E. Brackman, Malcolm Cutler, Jr., David Z. D'Argenio, Joan G. Flax, Tomilee Tilley Gill, Robert G. Hayman, John W. House, William Luxford, Catherine Meyer, Patricia Moller, Laurence G. Preble, Carmen Puliafito, Charlotte Schamadan, Forest G. Smith, III, John Thomas, James S. Twerdahl, William B. Witte, Peter Wu, David H. Koch, Tina Caruso, Stephen Chandler, Wallis Annenberg and Edward P. Roski, Jr. (all collectively herein, "Defendants"), on the other hand. Plaintiff and Defendants are sometimes referred to herein as the "Parties."

    The Settlement Agreement resolves the Trustee's claims for relief alleged in Adversary Proceeding No. 2:16-ap-01201-RK (the "Adversary Proceeding") against all Defendants (including deceased Defendant Stafford R. Grady who never appeared personally or through an authorized representative in these proceedings). These claims for relief against the Defendants, former officers or Trustees of the House Research Institute ("HRI"), are for breach of fiduciary duties leading to and including their approval and execution of a transaction by which all or substantially all of HRI's assets were transferred to a secured creditor for what the Trustee alleges was little or no value to HRI.

    Under the terms of the Settlement, HRI's directors' and officers' insurer will pay the Estate $1,900,000 (the "Settlement Amount") from HRI's directors' and officer's insurance policy. A true and correct copy of the Settlement is attached to the Declaration of John J. Menchaca as Exhibit "1."

    The Settlement is in the best interest of the Estate and its creditors. It fully resolves all litigation in the Adversary Proceeding, in consideration for the payment of significant funds to the Estate without the need for further uncertain and time-consuming litigation or expense, including trial and appeal.

    The Motion further seeks approval of payment of litigation expenses and contingency fees to the Trustee's counsel, pursuant to 11 U.S.C. § 328, as authorized by the Order [Docket No. 113] approving the Trustee's Supplemental Application (the "Supplemental Application") for an Order

-2-

1 | Authorizing Modification of the Scope of Employment of the Trustee's General Bankruptcy
2 | Counsel, Danning-Gill [Docket No. 111].

3 |     **PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice of
4 | Motion, the Motion, the Memorandum of Points and Authorities and the Declaration of John J.
5 | Menchaca, the Request for Judicial Notice, along with such other and further matters as may be
6 | properly presented to the Court. These documents can be accessed by viewing at the Bankruptcy
7 | Court or requesting copies from the Trustee's counsel at the address noted in the upper left-hand
8 | corner of the first page of the Motion.

9 |     **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f),
10 | any response or opposition to the Motion shall be stated in writing, filed with the Court, and served
11 | on the United States Trustee at: 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, the
12 | Trustee, and the Trustee's counsel at the address noted in the upper left-hand corner of the first
13 | page of the Motion, and on all creditors and other parties in interest who are entitled to notice. If
14 | you fail to file a written response within fourteen (14) days after the date of the hearing, the Court
15 | may treat such failure as a waiver of your right to oppose the Motion and may grant the requested
16 | relief.

18 | Dated: July 11, 2017

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
Walter K. Oetzell
Attorneys for Attorneys for John J.
Menchaca, Ch. 7 Trustee

-3-

1438064.1  26188

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION AND MOTION OF CHAPTER 7 TRUSTEE (1) FOR ORDER APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND DEFENDANTS AND (2) APPROVING PAYMENT OF LITIGATION EXPENSES AND CONTINGENCY FEES TO TRUSTEE'S COUNSEL; DECLARATION OF JOHN J. MENCHACA; AND REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 11, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On July 11, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 11, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY BY ALSSI ON JULY 12, 2017**
Hon. Robert N. Kwan
U. S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2017 | Vivian Servin | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

**ADDITIONAL SERVICE INFORMATION** (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Robert J Becher**   robertbecher@quinnemanuel.com, calendar@quinnemanuel.com
- **Richard W Brunette**   rbrunette@sheppardmullin.com, vlamonica@sheppardmullin.com
- **John H Choi**   johnchoi@kpcylaw.com, christinewong@kpcylaw.com
- **Theodore A Cohen**   tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Jon L Dalberg**   jdalberg@lgbfirm.com, kalandy@lgbfirm.com;srichmond@lgbfirm.com;cboyias@lgbfirm.com;mmocciaro@lgbfirm.com
- **Daniel Denny**   ddenny@gibsondunn.com
- **Philip D Dracht**   pdracht@fabianlaw.com
- **Philip D Dracht**   pdracht@drachtlaw.com
- **Steven Gentry**   sgentry@bergerkahn.com
- **Jonathan Guy**   jguy@orrick.com, nymao@orrick.com;Sean.Tarantino@kochps.com;pamend@orrick.com;mperrigino@orrick.com
- **Jeffery D Hermann**   jhermann@orrick.com
- **C John M Melissinos**   jmelissinos@greenbergglusker.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **John J Menchaca (TR)**   jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- **James P Menton**   JPMenton@rkmc.com
- **Samuel A Newman**   snewman@gibsondunn.com
- **Walter K Oetzell**   woetzell@dgdk.com, DanningGill@gmail.com;woetzell@ecf.inforuptcy.com
- **Danielle A Pham**   dpham@gordonsilver.com
- **Uzzi O Raanan**   uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

- **Mary H Rose**    mrose@buchalter.com, mrose@buchalter.com

- **Steven J Schwartz**    sschwartz@dgdk.com, DanningGill@gmail.com;sschwartz@ecf.inforuptcy.com

- **Gary F Torrell**    gft@vrmlaw.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Pamela Kohlman Webster**    pwebster@buchalter.com, smartin@buchalter.com

- **Eric D Winston**    ericwinston@quinnemanuel.com

## 2. SERVED BY U.S. MAIL

ALL CREDITORS – INTERESTED PARTIES

DEBTOR
TIFKAH
2100 W. 3rd St.
Los Angeles, CA 90057-1944

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

House Ear Institute
c/o Mary H. Rose
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017-1730

House Clinic Foundation
c/o Mary H. Rose
Buchalter Nemer
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017-1730

RP WIP LA Med Office Lender L.L.C.
c/o Gibson, Dunn & Crutcher LLP
Samuel A. Newman AND Daniel B. Denny
333 South Grand Avenue
Los Angeles, CA 90071-1504

401 (k) Advisors
120 Vantis Suite 400
Aliso Viejo, CA 92656-2689

ABCAM Inc
PO BOX 3460
Boston, MA 02241-3460

ARS Enterprises
12900 Lakeland Road
Santa Fe Springs, CA 90670-4517

Abel Andrade
2316 S bronson Ave
Los Angeles, CA 90018-1049

Acco Engineering Systems
6265 San Fernando Rd
Glendale, CA 91201-2214

Active Motif, Inc.
1914 Palomar Oaks Way Ste 150
Carlsbad, CA 92008-6509

Addgene Inc
1 kendall Sq Bldg 600
3rd Floor
Cambridge, MA 02139-1562

Advance Bionics LLC
PO BOX 5131
Carol Stream, IL 60197-5131

Advocure
1874 Greenhill Dr
Clearwater, FL 33755-2206

Agilent Technologies Inc
PO Box 742108
Los Angeles, CA 90074-2108

Air Treatment Corp
957 Lawson Street
Rowland Heights, CA 91748-1121

Akiko Amano
4084 Ivey Vista Way
Oceanside, CA 92057-7662

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

America Otological Society
1980 Warson
Springfield, IL 62704-3255

Amy S Martinez
11469 Rose Avenue
Los Angeles, CA 90066-1232

Ana J Cordero Sosa
851 Sunset Ave #189
West Covina, CA 91790-5501

Ancare Corporation
PO BOX 814
Bellmore, NY 11710-0814

Anderson Ice Company
3617 W Jefferson Blvd
Los Angeles, CA 90016-4205

Andrea McArthur
3115 Merrill Dr
#33
Torrance, CA 90503-7174

Andrews International Inc
PO BOX 935461
Atlanta, GA 31193-5461

Arrowhead Drinking Water
PO BOX 856158
Louisville, KY 40285-6158

Arya Parsa
11206 Amarillo St
Rancho Cucamonga, CA 91701-7610

Audiometrics
Godon N Stowe & Associates
586 Palwaukee Drive
Wheeling, IL 60090-6047

Audrey Nguyen
26181 Sanz
Unit D #372
Mission Viejo, CA 92691-7802

Barbara Serrano
4548 Cleland Avenue
Los Angeles, CA 90065-4131

Baylor College of Medicine
Mail Stop: BCM295
Attn: Andy Groves Ph D
Houston, TX 77030

Biomedical Research Inst
PO BOX 10130
Silver Spring, MD 20914-0130

Blackbaud
PO BOX 930256
Atlanta, GA 31193-0256

Blakely,Sokoloff,Taylor & Zafman
Attn: Efren de la Paz
12400 Wilshire Blvd
7th Flr.Los Angeles, CA 90025-1040

Bradley Lebel
21854 S Vermont Ave
Unit 5
Torrance, CA 90502-2160

Braun Linen Service Inc
PO BOX 348
16530 S Garfield
Paramount, CA 90723-5304

C&C Biopharma - Ziaojian Chen
2011 W 3rd St Suite 303
Los Angeles, CA 90057

CBRE Inc
2700 Post Oak Blvd Ste 250
Houston, TX 77056-5734

Camden Group
100 N Sepulveda Blvd Suite 600
El Segundo, CA 90245-5624

Carl Zeiss Microscopy LLC
General Post Office
PO Box 5943
New York, NY 10087-5943

Caroline Abdala
404 E Las Flores Dr
Altadena, CA 91001-1624

Carrier Corporation
Attn:Amy Hatch-TR5
PO Box 4808
Syracuse NY 13221-4808

Cell Signaling Technology
PO BOX 3843
Boston, MA 02241-3843

Channy Park
2048 Ward St
Fullerton, CA 92833-5085

Charlene Cruz
5248 Hammill Road
El Monte, CA 91732-1119

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Charles River Laboratories
G P O Box 27812
New York, NY 10087-7812

Chelsea Cole
1245 n Laurel Ave #7
Los Angeles, CA 90046-5134

Childrens Tumor Foundation
95 Pine St Fl 16
New York, NY 10005-4027

City National Bank
555 South Flower St 16th Floor
Los Angeles CA 90071-2428

City National Bank
Credit Card Processing Center
File 1365
Pasadena, CA 91199-1355

City of Hope
1500 East Duarte Road
Duarte, CA 91010-3012

Clontech Labs Inc
PO BOX45794
San Francisco, CA 94145-0794

Cochlear Americas
13059 E Peakview Avenue
Centennial CO 80111-6511
Attn: Legal Department

Cochlear Americas
P O Box 910811
Denver, CO 80291-0811

Corte Instruments LLC
1448 NE Mable CT
Bend, OR 97701-3722

Culligan of Sylmar
Lockbox Processing
PO BOX 2903
Wichita, KS 67201-2903

Daigger & Company Inc  A
37120 Eagle Way
Chicago, IL 60678-1371

Dako North America Inc
PO BOX 200102
Pittsburgh, PA 15251-0102

Daniel Graham
1144-A Chelsea Ave
Santa Monica, CA 90403-4639

David Landsberger
441 East 87th St
New York, NY 10128-6501

David Lim
775 Panorama Pl
Pasadena, CA 91105-1020

Deanne Hammes Ganguly
2417 Bradley Avenue
Claremont, CA 91711-1827

Debra Shrader
1201 Alta Paseo
Burbank, CA 91501-1611

Dell Marketing L P
PO BOX 910916
Pasadena, CA 91110-0916

Denville Scientific Inc
PO BOX 4588
Metuchen, NJ 08840-4588

Devl Studies Hybridoma Bank
Dept Biol Sci s
University of Iowa
028 Biology Bldg East
Iowa City, IA 52242-1324

Digi-Key Corporation
PO BOX 677
Thief River Falls, MN 56701-0677

Dr Michael Stefan
515 N Detroit St
Suite 260
Los Angeles, CA 90036-1948

EMD Millipore Coporation
25802 Network Place
Chicago, IL 60673-1258

EMS Acquisition Corp
dba Electron Microscopy Sciences
PO Box 550
Hatfield PA 19440-0550

Ear Professionals International Corp.
EPIC
3191 W. Temple Ave Ste 200
Pomona CA 91768-3254

Eco Lab Pest Elim Div
Pest Elimination Division
26252 Network Place
Chicago, IL 60673-1262

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Electron MIcroscopy Sciences
PO BOX 550
1560 Industry Rd
Hatfield, PA 19440-3249

Elizabeth Moseley
323 S Lafayette Park Pl
#112
Los Angeles, CA 90057

Elizabeth S French
2067 Chilton Drive
Glendale, CA 91201-1169

Ellen L Narver
2050 Delrosa Drive
Los Angeles, CA 90041-2710

Emtech Laboratories, Inc.
Kandy Stanley
7745 Garland Circle
Roanoke, VA 24019-1631

England Physical Therapy
12465 Lewis St Ste 101
Garden Grove, CA 92840-4658

Epic Hearing Healthcare
3191 W Temple Ave Ste 200
Pomona, CA 91768-3254

Eppendorf north America Inc
4102988828
PO BOX 13275
Newark, NJ 07101-3275

Erica Rose Canal
16602 E Masline St
Covina, CA 91722-1135

Eurofins MWG Operon Inc
13489 Collections Center Dr
Chicago, IL 60693-0134

Evoqua Water Technologies LLC
Siemens)
PO BOX 360766
Pittsburgh, PA 15250-6766

Examinetics Inc
PO BOX 410047
Kansas City, MO 64141-0047

FEI Company
5350 NE Dawson Creek Dr.
Hillsboro OR 97124-5793

Federico Kalinec
8227 Gulana Avenue
Playa Del Rey, CA 90293-7931

Finestone & Richter
1875 Century Park East
Suite 1500
Los Angeles, CA 90067-2516

Fisher Scientific
FILE # 50129
Acct # 370830-001
Los Angeles, CA 90074-0129

Fisher Scientific Co
300 Industry Dr
Pittsburgh PA 15275-1001

Fred Linthicum
24150 Malibu Rd
Malibu, CA 90265-4610

Freedom Imaging
1401 E Ball Road
Ste E
Anaheim, CA 92805-5927

Fujitec America Inc
1930 Paysphere Circle
Chicago, IL 60674-0019

Fujitec America Inc c/o
Cates Peterson LLP
4100 Newport Place
Suite 230
Newport Beach, CA 92660-2437

Galloway
P O Box 3212
Spartanburg, SC 29304-3212

Gates Capital Corporation
100 Park Ave, 22nd Floor
New York, NY 10017-5542

Genesee Scientific
8430 Juniper Creek Lane
San Diego, CA 92126-1074

Gilbert M Ruiz MD
4775 Hamilton Wolfe Bldg 1
San Antonio, TX 78229-3456

Gilda Kalinec
8227 Gulana Avenue
Playa Del Rey, CA 90293-7931

Gilmore Liquid Air COmpany
9503 E Rush St
South El Monte, CA 91733-1577

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Hammes Ganguly Deanne<br>Deanne Hammes Ganguly<br>2417 Bradley Avenue<br>Claremont CA 91711-1827 | Harbor Pointe Air Conditioning<br>20914 Bake Parkway<br>#110<br>Lake Forest, CA 92630-2174 | Harlan<br>3565 Paysphere Circle<br>Chicago, IL 60674-0035 |
| Hearing Health Foundation<br>363 Seventh Avenue 10th Floor<br>New York, NY 10001-3904 | Hewlett Packard Financial Services<br>HP Financial Services<br>200 Connell Drive Ste 5000<br>Berkeley Heights NJ 07922-2816 | House Ear Clinic<br>2100 W 3rd St<br>Suite 111<br>Los Angeles, CA 90057-1999 |
| House Research Institute<br>Neil Segil<br>2440 Santa Rosa Ave<br>Altadena CA 91001-2252 | House Research Institute, a California nonpr<br>2100 W. 3rd St.<br>Los Angeles, CA 90057-1944 | Hugo L Quintanilla<br>7942 Chastain Ave<br>Reseda CA 91335-2103 |
| IDEXX Distribution<br>PO Box 101327<br>Atlanta, GA 30392-1327 | Ice Machine Sales & Service<br>5250 East Washington Blvd<br>Los Angeles, CA 90040-3965 | Idville<br>5376 52nd Street SE<br>Grand Rapids, MI 49512-9702 |
| Integra Biosciences Corp<br>2 Wentworth Drive<br>Hudson, NH 03051-4918 | Integrated DNA Technologies<br>25104 Network Place<br>Chicago, IL 60673-1251 | Ipressroom Corporation<br>13482 Maxella Avenue<br>Suite 222<br>Marina Del Rey, CA 90292 |
| Jamie Glater<br>1238 10th Styreet #4<br>Santa Monica, CA 90401-1925 | Janice E Loggins<br>90 Reever Way<br>Altadena CA 91001-4316 | Jeon-Im Woo<br>8248 Graham Green<br>Buena Park, CA 90621-1325 |
| Jeremie Vitte<br>1734 N Fuller Ave., Apt 305<br>Los Angeles, CA 90046-3092 | Jeremie Vitte<br>5365 San Vicente Blvd #212<br>Los Angeles, CA 90019-2748 | Jet Pets inc<br>9111 Falmouth Ave<br>Playa Del Rey, CA 90293-8617 |
| Joanne Perlmutter<br>208 S Camden Dr<br>Beverly Hills, CA 90212-3802 | John Controls Inc<br>Wagner Falconer & Judd Ltd.<br>325 N Corporate Drive Suite 100<br>Brookfield WI 53045-5828 | John J Galvin III<br>1145 N Ogden Drive #205 W<br>Los Angeles, CA 90046-5336 |
| John Wygonski<br>1956 La France<br>South Pasadena, CA 91030-4608 | Johnson Controls<br>PO BOX 730068<br>Dallas, TX 75373-0068 | Johnson Controls<br>c/o John D Guerrini<br>The Guerrini Law Firm<br>106 South Mentor Ave Suite150<br>Pasadena, CA 91106-2951 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Jon L.R. Dalberg<br>Landua Gottfried & Berger LLP<br>1801 Century Park East, Suite 700<br>Los Angeles, CA 90067-2309 | Josefina Cervantes<br>8721 Lyndora St Apt A<br>Downey, CA 90242-4532 | Juan F Llamas<br>12507 Rose Drive<br>Whittier, CA 90601-3057 |
| Kalinec Federico<br>8227 Gulana Ave<br>Playa Del Rey, CA 90293-7931 | Kapabiosystems Inc<br>600 West Cummings Park<br>Suite 2250<br>Woburn, MA 01801-6561 | Karen C Johnson<br>791 E California Bl<br>Pasadena, CA 91106-3802 |
| Karen Dunphy<br>428 S Canon Drive Apt A<br>Beverly Hills, CA 90212-4518 | Karo Tanaka<br>317 S. Rexford Drive, #104<br>Beverly Hills, CA 90212 | Karo Tanaka<br>41 Rue Des Morillons Paris,<br>75015 France |
| Kathlynn Arms<br>P O Box 745<br>Monterey Park, CA 91754-0745 | Kenneth Sakai<br>2610 E Orange Grove Blvd<br>Arcadia, CA 91007 | Knobbe Martens Olson & Bear LL<br>2040 Main St  14th Floor<br>Irvine, CA 92614-8214 |
| Kristina Celani Rousso<br>1010 Elgrove Avenue #3<br>Venice, CA 90291-2223 | Kroll Background America, Inc<br>Attn: Michele Waddell<br>100 Centerview Dr. Ste 300<br>Nashville TN 37214-3455 | LEICA Microsystems Inc<br>14008 Collections Center Drive<br>Chicago, IL 60693-0140 |
| LG & M Electric Inc<br>216 S Heliotrope Avenue<br>Monrovia, CA 91016-2913 | Laurel Fisher<br>2067 Chilton Drive<br>Glendale, CA 91201-1169 | Laurie S Eisenberg<br>503 E Tujunga Ave  Unit 1<br>Burbank, CA 91501-2248 |
| Leticia Saldana<br>275 E 48th Street<br>Los Angeles, CA 90011-3919 | LexisNexis<br>9443 Springboro Pike<br>Miamisburg OH 45342-5490 | Li-Cor Inc<br>PO BOX 82651<br>Lincoln, NE 68501-2651 |
| Life Technologies<br>Bank of America Lockbox Svs<br>12088 Collections Center Dr<br>Chicago, IL 60693-0001 | Lincoln National Life Ins Co<br>PO BOX 0821<br>Carol Stream, IL 60132-0821 | Littler Mendelson P C<br>P O Box 45547<br>San Francisco, CA 94145-0547 |
| Loma Linda Univ Med Ctr<br>Dpt of Otolaryngology<br>11234 Anderson St #2586a<br>Loma Linda, CA 92354-2804 | Los Angeles County Tax Collector<br>225 n Hill St Rm 122<br>PO BOX 514818<br>Los Angeles, CA 90051-4818 | Louie Avila<br>505 E 9th Street<br>Upland, CA 91786-5342 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

Mahnaz Ahmadi
117 S Doheny Dr  APR 303
Los Angeles, CA 90048-2954

Marco Giovanni
18049 Coastline Dr  32
Malibu, CA 90265-5712

Margeret Winter
428 Jacinto St
Redlands, CA 92373

Marian Rush
2173 W 25th Street
Los Angeles, CA 90018-1934

Marilee Potthoff
7485 Henefer Ave
Los Angeles, CA 90045-1245

Marisol Escudero
676 W Florence Ave
Los Angeles, CA 90044-6164

Mary Jane Chua
21854 S Vermont Ave  Unit 5
Torrance, CA 90502-2160

Maya E  Monges-Hernandez
1036 E  Covina Hills Road
Covina, CA 91724-3646

Mecanusa Inc
7310 Ranchito Ave
Van Nuys, CA 91405-2529

Meredith Burke
4014 Vista Ct.
La Crescenta CA 91214-1650

Meredith Burke
4633 New York Ave
La Crescenta, CA 91214-1839

Metro Service South
413 NW 69th Street
Vancouver, WA 98665-8449

Michael Macaranas
P O Box 12842
La Jolla, CA 92039-2842

Microsonic
2960 Duss Ave
Ambridge, PA 15003-1400

Midwest Scientific, Inc.
Linda Culp
280 Vance Rd
Valley Park MO 63088-1521

Monica Padilla Velez
14005 Bayside Drive
#9
Norwalk, CA 90650-3402

Mouser Electronics
Payment Processing Center
PO BOX 99319
Fort Worth, TX 76199-0319

NCS Pearson Inc
13036 Collection Center Drive
Chicago, IL 60693-0130

NF2 Advocure Inc
1874 Greenhill Dr
Clearwater, FL 33755-2206

NOHR Foundation
P O  BOX 421
Narberth, PA 19072-0421

NOVUS Biologicals
PO BOX 802
Littleton, CO 80160-0802

Nancy J  Hoffman
853 12th Street
Unit A
Santa Monica, CA 90403-5907

National Instruments Corporation
PO BOX 202262
Dallas, TX 75320-2262

Navajo County Treasurer Office
PO BO X668
Holbrook, AZ 86025-0668

Neil Segil
2440 Santa Rosa Ave
Altadena, CA 91001-2252

Nesher Technologies
Dr Amir Remair
10100 Santa Monica Boulevard  #300
Los Angeles, CA 90067-4107

New England Biolabs Inc
PO BOX 3933
Boston, MA 02241-3933

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          F 9013-3.1.PROOF.SERVICE

Newco Distributors Inc
10700 7th Street
Rancho Cucamonga, CA 91730-5404

Nicole Saucedo
10618 Anzac Ave
Los Angeles CA 90002-3756

Novartis Pharmaceuticals Corp
OTM RESEARCH ALLIANCE
USEH 335
310 E One Health Plaza
East Hanover, NJ 07936-1080

Novus Biologicals LLC
Attention: Laurie Gilman
8100 Soutpark Way A8
Litteton CO 80120-4525

O Ray
2285 E Foothill Blvd
Pasadena, CA 91107-3658

Odin Metrology Inc
3533 Old Conejo Road
Suite 125
Newbury Park, CA 91320-6173

Odin Metrology Inc,
3533 Old Conejo Road Suite 125
Thousand Oaks CA 91320-6173

Optimal Phone Interpreters
PO BOX 20505
Tampa, FL 33622-0505

Optimal Phone Interpreters Inc.
755 Clay Street
Winter Park FL 32789-4515

Oticon Medical LLC
580 Howard Avenue
Somerset, NJ 08873-1136

Pamela Richardson
14628 S Corlett Ave
Compton CA 90220-1238

Pamela Richardson
2402 Graham Ave #A
Redondo Beach, CA 90278-2122

Parker Boiler Co
5930 Bandini Blvd
Los Angeles, CA 90040-2998

Patricia Lisseth Joya
8911 S Baring Cross Street
Los Angeles, CA 90044-4807

Petra Samaniego
10523 Lower Azusa Rd
Temple City, CA 91780-4126

Pharmo Products Inc
Department 267501
PO BOX 67000
Detroit, MI 48267-2675

Ping Luo
13310 Felson Pl
Cerritos, CA 90703-8736

Professional Office Services
PO BOX 450
Waterloo, IA 50704-0450

Promega Corporation
PO BOX 689768
Chicago, IL 60695-9768

Pru Thein
5521 Robinhood Ave
Temple City, CA 91780-2719

Purchase Power
PO BOX 371874
Pittsburgh, PA 15250-7874

Qianjie Fu
4936 INDIANOLA WAY
La Canada Flintridge, CA 91011-2650

Quality Laboratories
PO BOX 802
Littleton, CO 80160-0802

Quality Systems Inc / Nextgen
P O Box 511449
Los Angeles, CA 90051-8004

RP WIP LA MED OFFICE LENDER, L.L.C.
Attn: Ron J. Hoyl
3953 Maple Avenue, Suite 300
Dallas, TX 75219-3228

RP WIP LAMED OFFICE LENDER, L.L.C
Attn: TK Inbody
One Bush Street, Ste. 1450
San Francisco CA 94104-4443

Radha Kalluri
425 Wistaria Place
Altadena, CA 91001-1934

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Rebecca Gerten-Ferreira<br>1557 Golden Ave<br>Hermosa Beach, CA 90254-3323 | Regency Enterprises Inc<br>Dept Ch 16786<br>Palatine, IL 60055-6786 | Regents of the University of CA<br>Attn: Director of Real Estate<br>10920 Wilshire Blvd Suite 810<br>Los Angeles, CA 90024-6510 |
| Research For Life LLC<br>2230 E Magnolia St<br>Phoenix, AZ 85034-6817 | Research Products Intl<br>PO BOX 95169<br>Palatine, IL 60095-0169 | Retrogen Inc<br>6645 Nancy Ridge Dr<br>San Diego, CA 92121-2253 |
| Robert Rainey<br>2402 Graham Ave #A<br>Redondo Beach, CA 90278-2122 | Robert V Shannon<br>5112 Crown Ave<br>La Canada CA 91011-2802 | Roberta M Leyvas<br>505 E 9th St<br>Upland CA 91786-5342 |
| Roche Diagnostics Corp<br>P O Box 75341<br>Chicago, IL 60675-5341 | Rosa Maria Sierra<br>4927 Elizabeth jSt<br>Bell Gardens, CA 90201-5207 | Roto-Rooter Plumbing<br>Hoffman Southwest Corp<br>925 W Hyde Park<br>Inglewood, CA 90302-3307 |
| Ryan Jefferies, dba Washers International Ltd<br>PO Box 2096<br>Davis CA 95617-2096 | Ryder Truck Rental, Inc.<br>Attn: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta GA 30005-8882 | SAN DIEGO STATE UNIVERSITY<br>RESEARCH FOUNDATION<br>ATTN RACHEL LANCASTER<br>5250 CAMPANILE DR<br>SAN DIEGO CA 92182-1947 |
| Saint Vincent Medical Center<br>2100 West Third Street<br>Los Angeles, CA 90057-1944 | Saint Vincent Radiological Med<br>P O Box 19130<br>Newbury Park, CA 91319-9130 | Sally A Helmerich<br>14906 Genoa Street<br>Sylmar, CA 91342-5266 |
| Sambar Inc - Sam Miller<br>2100 W 3rd St<br>Suite 190<br>Los Angeles, CA 90057-1999 | Sandbox Technologies Inc<br>18411 Crenshaw Blvd Suite 100<br>Torrance, CA 90504-5000 | Sandbox Technologies Inc c/o<br>Leigh A Stepp<br>Anwyl Scoffield & Stepp<br>P O Box 269127<br>Sacramento, CA 95826-9127 |
| Sandra I Oba<br>3527 Corinth Avenue<br>Los Angeles, CA 90066-2907 | Santa Cruz Biotechnology, Inc.<br>2145 Delaware Avenue<br>Santa Cruz, CA 95060-5706 | Servicon Systems Inc<br>3965 Landmark Street<br>Culver City, CA 90232-2399 |
| Seyedeh Mahnaz Ahmadi<br>S Mahnaz Ahmadi<br>38270 Mendocino Way<br>Palmdale CA 93550-6562 | Sharefile<br>701 Corporate Center Drive<br>Suite 300<br>Raleigh, NC 27607-5238 | Siemens Industry Inc<br>c/o Citibank (Bldg Tech)<br>PO BOX 2134<br>Carol Stream, IL 60132-2134 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Sigma Aldrich, Inc
3050 Spruce St
St. Louis MO 63103-2530

Sign Industries
2101 Carrillo Privado
Ontario, CA 91761-7600

Smile Makers
PO BOX 2543
Spartanburg, SC 29304-2543

St Vincent Hospital
2100 W 3rd St
Los Angeles, CA 90057-1944

Staples Business Advantage
DEPT LA
PO BOX 83689
Chicago, IL 60696-3689

Starkey Laboratories Inc
PO BOX 9457
Minneapolis, MN 55440-9457

State Board Of Equalization
Special Operations Branch MIC 55
PO Box 942879
Sacramento CA 94279-0055

Steris Corporation
5960 Helsley Rd
Mentor OH 44060-1834

Steris Corporation
PO BOX 644063
Pittsburgh, PA 15264-4063

Sung-Hee Kil
2272 Clark Drive
Fullerton, CA 92833-5616

Sung-Kyun Moon
2519 Regency Circle
Fullerton, CA 92833-1547

Supreme Graphics Inc
3403 Jack Northrop Ave
Hawthorne, CA 90250-4428

Susanna Y Lam
1245 S Orange Grove
Apt #1
Pasadena, CA 91105-3349

Sutter Instrument
One Digital drive
Novato, CA 94949-5703

THE HEARST FOUNDATION INC
90 NEW MONTGOMERY ST SUITE 1212
SAN FRANCISCO CA 94105-4596

Takahiro Ohyama
195 S Wilson Ave
#9
Pasadena, CA 91106-3222

Tao Kwan
P O Box 93838
Pasadena, CA 91109-3838

Terri Hashimoto
2321 College View Dr
Monterey Park, CA 91754-4343

The Jackson Laboratory
Attn: Melanie Mourino
610 Main St.
Bar Harbor ME 04609-1526

The Sheridan Press
PO BOX 414784
Boston, MA 02241-4784

Thermo Fisher Scientific Bioscience
13930 Collections Center Dirve
Chicago, IL 60693-0139

Toru Mira
148 N Mar Vista Ave
Pasadena, CA 91106-1495

Transit Air Cargo Inc
2204 East Fourth St
Santa Ana, CA 92705-3868

Triangle Biomedical
3014 Croasdaile Dr
Durham, NC 27705-2507

US Bank NA dba US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4001

USA Scientific Inc.
PO Box 3565
Ocala FL 34478-3565

USA Scientific Inc
PO BOX 30000
Orlando, FL 32891-8210

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| USC<br>Sponsored Projects Accounting<br>FILE 52095<br>Los Angeles, CA 90074-2095 | USC Cancer Center Business Office<br>Flow Cytometry NRT LG 509<br>MC 9602 1450 Biggy Street<br>Los Angeles, CA 90033-1006 | USC Trojan Bookstores<br>3716 Hope Street<br>Ran 101-MC7701<br>Los Angeles, CA 90089-7701 |
| United Parcel Service<br>P O Box 89420<br>Los Angeles, CA 90189-0001 | University of California Irvine<br>Medical Ctr Dept Of Otolaryng<br>101 City Drive S Bldg 25<br>Orange, CA 92868 | VWR International<br>c/o The Guerrini Law Firm<br>106 S Mentor Ave Ste 150<br>Pasadena Ca 91106-2951 |
| Vector Laboratories Inc<br>30 Ingold Rd<br>Burlingame, CA 94010-2206 | Vector Security Inc<br>PO BOX 89462<br>Cleveland, OH 44101-6462 | VetEQUIP inc<br>P O Box 10785<br>Pleasanton, CA 94588-0785 |
| Vincent M Riccardi M D<br>The Neurofibromat Osis<br>5415 Briggs Avenue<br>La Crescenta, CA 91214-2205 | WILLIAM RANDOLPH HEARST<br>FOUNDATION<br>THE HEARST FOUNDATION<br>90 NEW MONTGOMERY ST SUITE 1212<br>SAN FRANCISCO CA 94105-4596 | WMHS Vernon Collection<br>PO BOX 660345<br>Dallas, TX 75266-0345 |
| Wahers Internation LTD<br>PO BOX 2096<br>Davis, CA 95617-2096 | Waste Management<br>2625W Grandview Rd Ste 150<br>Phoenix, AZ 85023-3109 | Water Chemists<br>7834 Irwingrove Drive<br>Downey, CA 90241-2233 |
| Welly Makmura<br>6822 Lotus Ave<br>San Gabriel, CA 91775-1513 | Westone Laboratories<br>2235 Executive Circle<br>Colorado Springs, CO 80906-4137 | Wilshire Blvd Temple Camp<br>3663 Wilshire Blvd<br>Attn: Rose Livae<br>Los Angeles, CA 90010-2798 |
| Workcare<br>Occupational Health Care Consu<br>300 South Harbor Suite 600<br>Anaheim, CA 92805-3718 | Wrights Supply Inc<br>640 Allen Avenue<br>Glendale, CA 91201-2014 | Xerox Capital Services LLC<br>P O Box 7405<br>Pasadena, CA 91109-7405 |
| Xerox Corporation<br>1303 Ridgeview Dr.-450<br>Lewisville TX 75057-6018 | Xiaosong Wang<br>4936 Indianola Way<br>La Canada Flintridge, CA 91011-2650 | Yen-Jung Chen<br>1545 Meadow Glen Way<br>Hacienda Heights CA 91745-3725 |
| Yen-Jung Chen<br>411 W Seaside Way #603<br>Long Beach, CA 90802-7980 | Yoo Jin Lee<br>532 N Mariposa Ave<br>#103<br>Los Angeles, CA 90004-3036 | Zahara Jaffer<br>275 S Arroyo Pkwy<br>#318<br>Pasadena, CA 91105-5212 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Zahara Jaffer<br>9201 Evans Street<br>Philadelphia PA 19115-4965 | Zlatka Stojanova<br>501 West Olympic Blvd Apt 414<br>Los Angeles, CA 90015-1448 | Zymo Research Corporation<br>17062 Murphy Avenue<br>Irvine, CA 92614-5914 |

Carolina Abdala
1969 Allen Ave
Altadena, CA 91001-3455

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE