WALTER K. OETZELL (State Bar No. 109769)
woetzell@dgdk.com
UZZI O. RAANAN (State Bar No. 162747)
uraanan@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for John J. Menchaca,
Chapter 7 Trustee

**FILED & ENTERED**

**AUG 01 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TIFKAH, fka THE HOUSE RESEARCH INSTITUTE,<br><br>　　　　　Debtor. | Case No. 2:14-bk-21532-RK<br><br>Chapter 7<br><br>**ORDER APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND DEFENDANTS AND APPROVING PAYMENT OF LITIGATION EXPENSES AND CONTINGENCY FEES TO TRUSTEE'S COUNSEL [DOC. NO. 171]**<br><br>Date:　　August 1, 2017<br>Time:　　3:00 p.m.<br>Place:　　255 East Temple Street<br>　　　　　Courtroom "1675"<br>　　　　　Los Angeles, California 90012 |

On August 1, 2017, at 3:00 p.m., John J. Menchaca, the Trustee (the "Trustee" or "Plaintiff") for the Chapter 7 bankruptcy estate of TIFKAH, fka The House Research Institute, (the "Estate"), brought on for hearing his motion (the "Motion") pursuant to rule 9019 of the Federal Rules of Bankruptcy Procedure, for an Order approving the Settlement (the "Settlement Agreement" or "Settlement") between the Trustee, on the one hand, and Defendants Lynn Booth, James D. Boswell, Derald E. Brackman, Malcolm Cutler, Jr., David Z. D'Argenio, Joan G. Flax, Tomilee Tilley Gill, Robert G. Hayman, John W. House, William Luxford, Catherine Meyer, Patricia Moller, Laurence G. Preble, Carmen Puliafito, Charlotte Schamadan, Forest G. Smith, III, John Thomas, James S. Twerdahl, William B. Witte, Peter Wu, David H. Koch, Tina Caruso,

Stephen Chandler, Wallis Annenberg and Edward P. Roski, Jr. (all collectively herein, "Defendants"), on the other hand, and ACE American Insurance Company, ACE Property and Casualty Insurance Company, and Westchester Fire Insurance Company and Affiliated Insurers (the "D & O Insurers") as the sole financial obligors responsible for payment of the settlement amount [Docket . No. 171]. Plaintiff, Defendants, and the D & O Insurers are referred to herein as the "Parties." Appearances are reflected in the record.

The Court having read and considered the Motion, the Settlement Agreement attached to the Motion as Exhibit "1," and the other papers filed in this case, having found that notice of the Motion was adequate and proper, having noted the lack of any objection to the Motion, and good cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion is granted in its entirety;

2. The terms of the Settlement Agreement between the Parties, a copy of which is attached as Exhibit "1" to the Motion, are approved;

3. The Trustee is authorized to enter into the Settlement Agreement with the Parties;

4. The Trustee and the Parties are authorized to execute all documents and to take any action reasonably necessary to effectuate the Settlement;

5. This Court shall retain jurisdiction and authority to resolve all future disputes involving the Settlement;

6. Danning, Gill, Diamond, & Kollitz, LLP, is allowed on a final basis, as special litigation counsel, contingency fees in the amount of $760,000, pursuant to 11 U.S.C. § 328, as authorized by the Order [Docket No. 113] approving the Trustee's Supplemental Application (the "Supplemental Application") for an Order Authorizing Modification of the Scope of Employment of the Trustee's General Bankruptcy Counsel [Docket No. 111], and the Trustee is authorized to pay that sum at this time; and

///

///

7. Danning, Gill, Diamond, & Kollitz, LLP, is allowed on a final basis, as special litigation counsel, litigation expenses in the amount of $11,178.26, pursuant to 11 U.S.C. § 328, as authorized by the Order approving the Supplemental Application, and the Trustee is authorized to pay that sum at this time.

###

Date: August 1, 2017

_____
Robert Kwan
United States Bankruptcy Judge