JOHN J. MENCHACA, Chapter 7 Trustee
835 WILSHIRE BLVD, SUITE 300
LOS ANGELES, CA 90017
Telephone: (213) 683-3317
Facsimile: (213) 683-1883
Email: igaeta@menchacacpa.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

| | |
|---|---|
| In re: | Case No. 2:14-BK-21532-RK |
| TIFKAH | Chapter 7 |
| Debtor(s). | **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** |

**TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 298 in the sum of $18,497.47 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: March 26, 2019

/S/ John J. Menchaca
JOHN J. MENCHACA,
Chapter 7 Trustee

LIST OF CREDITORS/CLAIMS WITH UNCLAIMED DIVIDEND(S)

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 200 | Newco Distributors Inc<br>10700 7th Street<br>Rancho Cucamonga, CA 91730 | 2,283.36 |
| 206 | Sung-Hee Kil<br>2272 Clark Drive<br>Fullerton, CA 92833 | 411.19 |
| 209 | City National Bank<br>555 South Flower St 16th Floor<br>Los Angeles CA 90071 | 11,827.81 |
| 248 | Pru Thein<br>5521 Robinhood Ave<br>Temple City, CA 91780 | 1,042.24 |
| 251 | Channy Park<br>349 S. Lafayette Park Place, #140<br>Los Angeles, CA 90057 | 434.94 |
| 261 | LexisNexis<br>9443 Springboro Pike<br>Miamisburg OH 45342 | 2,329.62 |
| 297 | Yoo Jin Lee<br>532 N Mariposa Ave<br>#103<br>Los Angeles, CA 90004 | 168.31 |
| | | |
| | Total: | $18,497.47 |

TIFKAH
Case No. 2:14-BK-21532-RK

John J. Menchaca
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017